## RESOLUTION OF NSPIRE HEALTH, INC.

WHEREAS, it is in the best interest of nSpire Health, Inc. (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

WHEREAS, John C. Head is the sole Director and serves as the Board of Directors for the Company;

Be It Therefore Resolved, that Joseph Fryberger, Vice President, Global Finance of the Company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company on a forthwith basis;

Be It Further Resolved, that Joseph Fryberger, Vice President, Global Finance, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that the Company, is authorized and directed to employ the law firm of Brownstein Hyatt Farber Schreck, LLP to represent the Company in such bankruptcy case.

Date: April 22, 2019        Signed: _____
                                    John C. Head, Director

19105599