Fill in this information to identify the case:

Debtor name: **nSpire Health, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PARKWAY PRODUCTS, INC<br>8101 SW Frontage Road<br>Fort Collins, CO 80528 | Gale Kalm<br>sjohnson@parkwayproducts.com<br>970-593-0033 | Trade Debt | | | | $319,189.28 |
| ADP TOTALSOURCE, INC.<br>10200 Sunset Drive<br>Miami, FL 33173 | 305.630.1000 | Trade Debt | | | | $164,506.66 |
| DEVA, INC.<br>790 Burbank Street<br>Broomfield, CO 80020 | D. Enger<br>DEnger@devainc.com<br>303-465-0410 | Trade Debt | | | | $101,689.71 |
| GCC LONGMONT HOLDINGS, LP<br>c/o Sentinel Management Inc.<br>2101 Ken Pratt Blvd., #101<br>Longmont, CO 80501 | Diane Freeman<br>dfreeman@sentinelmgmt.com<br>720-204-2886 | Trade Debt | | | | $92,469.13 |
| AMERICAN EXPRESS-66005<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 | 954.503.000 | Trade Debt | | | | $59,267.62 |
| ICARDIAC TECHNOLOGIES<br>150 Aliens Creek Road<br>Rochester, NY 14618 | 585.295.7610 | Trade Debt | | | | $50,000.00 |

Debtor  **nSpire Health, Inc.**  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim – If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VIATEK<br>811 Walnut Street<br>Louisville, CO 80027 | Sid Payne<br><br>303-664-1182 | Trade Debt | | | | $49,523.93 |
| COOLEY LLP<br>1001 California Street<br>5th Floor<br>San Francisco, CA 94111-5800 | 415-693-2000 | Trade Debt | | | | $24,828.30 |
| FOREMOUNT ENTERPRISE CO. LTD.<br>No. 17, Alley 15, Lane 5, Shenan Street<br>Taiwan, (R.O.C.)<br>Shengang Hsiang Taichung  42944 | Joe Chang<br><br>kai@foremount.com<br>011-886-4-25618788 | Trade Debt | | | | $21,530.80 |
| AIRGAS USA LLC<br>12800 W. Little York Rd.<br>Houston, TX 77041-4218 | 888-889-2793 | Trade Debt | | | | $17,491.05 |
| AMERICAN EXPRESS-11002 BTA<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | 954.503.0000 | Trade Debt | | | | $17,373.84 |
| UPS PLAN 0559IY<br>Attention: Kandle Tate<br>5020 Ivy St.<br>Commerce City, CO 80022 | Kandle Tate<br><br>800-742-5877 | Trade Debt | | | | $14,158.84 |
| Joseph G Fryberger<br>12766 River Rock Way<br>Firestone, CO 80504 | jfryberger@nspirehealth.com<br>303-666-5555 | Wages | | | | $14,083.00 |
| HIRSH PRECISION PRODUCTS<br>6420 Odell Pl.<br>Boulder, CO 80301-3310 | Mike Hirsh<br><br>orders@hppi.com<br>303-530-3131 | Trade Debt | | | | $13,943.28 |
| PLANTE & MORAN, PLLC<br>8181 E. Tufts Avenue, Suite 600<br>Denver, CO 80237 | 303-740-9400 | Trade Debt | | | | $11,300.00 |

| Debtor | nSpire Health, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PARKER HANNIFIN/HARGRAVES<br>127 Speedway Drive<br>Mooresville, NC 28117 | Kathleen Leonard<br><br>kathleen.leonard@parker.com<br>704-662-3500 | Trade Debt | | | | $10,872.59 |
| WEIQING GU<br>Associate Professor, Dept. of Mathametic<br>Harvey Mudd College<br>301 Platt Blvd.<br>Claremont, CA 91711 | gu@math.hmc.edu<br>909.621.8929 | Trade Debt | | | | $10,519.93 |
| IN-X MACHINE<br>5355 W. 59th Ave.<br>Arvada, CO 80003 | Shawn Gibbs<br><br>shawn@in-xmachineinc.com<br>303-431-2659 | Trade Debt | | | | $10,398.40 |
| GENERAL AIR SERVICE & SUPPLY<br>1105 Zuni St<br>Denver, CO 80204-3338 | Ben Merritt<br><br>bouldercustomerservice@generalair.com<br>720-359-3297 | Trade Debt | | | | $10,132.67 |
| AMERICAN EXPRESS-61009<br>P.O. Box 650448<br>Dallas, TX 75265 | 954.503.000 | Trade Debt | | | | $10,073.97 |