**Fill in this information to identify the case:**

Debtor name: **nSpire Health, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **19-13271-MER**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $1,096,333.22 |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $9,170,870.82 |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $9,027,058.91 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor  **nSpire Health, Inc.**  Case number *(if known)* **19-13271-MER**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached Exhibit A for complete list | | $1,115,196.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | John C Head III<br>3980 Dekalb Tech Parkway<br>Suite 775<br>Atlanta, GA 30340<br>Owner | | $171,385.00 | Consulting & Expense Reimbursement |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| MONTAGE CAPITAL II, L.P.<br>900 East Hamilton Ave., Suite 100<br>Campbell, CA 95008 | Funds withdrawn from Debtor's bank account: 04/01/19 $305,00.00, 04/05/19 $250,000.00 and 04/19/19 $500,000.00. Montage Capital II, L.P. refused multiple requests to release employee's 401K and HSA contributions that were held in the Debtor's bank account awaiting transfer to investment company.<br>Last 4 digits of account number: _____ | Requests were made on 04/02/19, 04/03/19, 04/04/19 and 04/19/19. | $0.00 |

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   nSpire Health, Inc.                                 Case number (if known) 19-13271-MER

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Brownstein Hyatt Farber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202-4432 | | 04/04/19 | $50,000.00 |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor?<br>John C Head III | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor  **nSpire Health, Inc.**                                             Case number *(if known)* **19-13271-MER**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

■ None.

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:
   Name of plan                                                                     Employer identification number of the plan
   **Empower Retirement - Employee Benefit Plan of nSpire**                         EIN:
   **Health, Inc. 500663-01**

   Has the plan been terminated?
   ■ No
   ☐ Yes

Debtor   nSpire Health, Inc.                                          Case number (if known) 19-13271-MER

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | nSpire Health, Inc. | Case number (if known) | 19-13271-MER |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Plante Moran**<br>**1155 Canyon Blvd., Suite 400**<br>**Boulder, CO 80302** | **2006 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Plante Moran**<br>**1155 Canyon Blvd., Suite 400**<br>**Boulder, CO 80302** | **2006 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Plante Moran**<br>**1155 Canyon Blvd., Suite 400**<br>**Boulder, CO 80302** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| Debtor | nSpire Health, Inc. | Case number (if known) | 19-13271-MER |
|---|---|---|---|

**Name and address**

26d.1.  MONTAGE CAPITAL II, L.P.
900 East Hamilton Ave., Suite 100
Campbell, CA 95008

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John C Head III | 3980 Dekalb Tech Parkway Suite 775 Atlanta, GA 30340 | Chairman | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael S. Sims | 8201 Cattail Drive Longmont, CO 80503 | President and CEO | 1/1/2007 - 3/8/2019 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   nSpire Health, Inc.                             Case number *(if known)* 19-13271-MER

## Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 6, 2019

_____     Joseph Fryberger
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   Vice President Finance

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# EXHIBIT A

nSpire Health
Transfers
SOFA, Part 2

| Supplier | Supplier name | Address | Past 90 Days | Class Code | Class Description |
|---|---|---|---|---|---|
| ADP001 | ADP. LLC | 1851 N RESLER DRIVE MS-600<br>TX<br>EL PASO<br>79912 | 496.00 | B1 | ACH/EXPENSE REPORTS |
| ADV000 | AAP AUTOMATION/ ADVANCED AIR | PO BOX 2003<br>ENGLEWOOD, CO 80150-2003<br>80150-200 | 880.00 | C | SECOND TIER VENDORS |
| AIR000 | AIRGAS USA LLC | 12800 W. LITTLE YORK RD<br>AIRGAS HEALTHCARE AN AIR LIQUIDE COMPANY<br>HOUSTON, TX 77041-4218<br>77041-421 | 21,066.00 | C | SECOND TIER VENDORS |
| ALP00A | AGBOULDER/ALPHAGRAPHICS | 1630A 30TH ST.<br>BOULDER, CO 80301<br>SUITE 391 | 9,288.00 | C | SECOND TIER VENDORS |
| AMA076 | MANDELBAUM | MANDELBAUM<br>TEANECK, NJ 07666<br>#257<br>492-C CEDAR LN<br>07666 | 3,273.00 | C | SECOND TIER VENDORS |
| AME002 | AMERICAN EXPRESS-11002 BTA | P.O. BOX 650448<br>DALLAS, TX 75265-0448 | 23,732.00 | W | WIRE PAYMENTS |
| AME011 | INTALERE | P.O. BOX 66911<br>ST. LOUIS, MO 63166-6911<br>63166 | 198.00 | C | SECOND TIER VENDORS |
| AME012 | AMERICAN EXPRESS-66005 | PO BOX 360001<br>FT LAUDERDALE, FL 33336-0001 | 42,047.00 | W | WIRE PAYMENTS |
| AME015 | AMERICAN EXPRESS-61009 | AMERICAN EXPRESS<br>DALLAS, TX 75265-0448<br>P.O. BOX 650448<br>75265 | 176.00 | C | SECOND TIER VENDORS |
| AVA000 | AVALANCHE COMMERCIAL CLEANING | P.O. BOX 18448<br>BOULDER, CO 80308 | 2,417.00 | C | SECOND TIER VENDORS |
| AVA001 | AVALARA, INC. | 435 ERICKSEN AVE. NE<br>BAINBRIDGE ISLAND, WA 98110<br>SUITE 250 | 3,640.00 | C | SECOND TIER VENDORS |
| BAT001 | HOUSE OF BATTERIES | 10910 Talbert Ave<br>Fountain Valley, CA 92708 | 2,813.00 | C | SECOND TIER VENDORS |
| BEA000C | BEARINGS SPECIALTY CO IN | 50 ENERGY DRIVE<br>CANTON MA 02021 | 542.00 | C | SECOND TIER VENDORS |
| BES001 | BEST WESTERN PLUS | 1900 Ken Pratt Blvd.<br>Longmont, CO 80501 | 132.00 | C | SECOND TIER VENDORS |
| BIO003 | BIOTRONICS | 6191 Orange Drive<br>Davie, FL 33314<br>Ste 4470 | 3,825.00 | C | SECOND TIER VENDORS |
| BOU001 | BOULDER COUNTY TREASURER | P0248538 | 12,681.00 | C | SECOND TIER VENDORS |
| BRI000 | BSI GROUP AMERICA | 12110 SUNSET HILLS ROAD, SUITE 200<br>RESTON, VA 20190 | 860.00 | W | WIRE PAYMENTS |
| CARD00 | iCardiac Technologies | 150 Aliens Creek Road<br>Rochester, NY 14618<br>14618 | 20,000.00 | W | WIRE PAYMENTS |
| CCX000 | CCX CORPORATION | 1399 HORIZON AVE.<br>LAFAYETTE, CO<br>80026 | 2,554.00 | C | SECOND TIER VENDORS |
| CDM000 | C & D METAL PRODUCTS INC | 10750 IRMA DRIVE, # 18<br>NORTHGLENN, CO 80233<br>80233 | 15,678.00 | C | SECOND TIER VENDORS |
| CDT000C | C & D TOOL & MACHINE CO | 35-R PLAIN STREET<br>WEST BRIDGEWATER MA 02379<br>02379 | 742.00 | C | SECOND TIER VENDORS |
| CEN000 | CENTURY TRANSPORTATION, INC. | 2015 ARLINGTON HTS. ROAD<br>ARLINGTON HTS., IL 60005 | 942.00 | C | SECOND TIER VENDORS |
| CEN003 | CENTURYLINK 720-890-5935 | PO Box 29040<br>Phoenix, AZ 85038-9040 | 225.00 | C | SECOND TIER VENDORS |

nSpire Health
Transfers
SOFA, Part 2

| Supplier | Supplier name | Address | Past 90 Days | Class Code | Class Description |
|---|---|---|---|---|---|
| CHIP000 | CHIP OWEN | 23 Melville Glen Place<br>The Woodlands, TX 77384<br>77384 | 7,489.00 | B1 | ACH/EXPENSE REPORTS |
| CIN002 | CINTAS CORPORATION #737 | 523 10TH STREET<br>GREELEY, CO 80632-1119<br>PO BOX 1119 | 2,338.00 | C | SECOND TIER VENDORS |
| CIT006 | CITRIX SYSTEMS, INC. | 851 WEST CYPRESS CREEK ROAD<br>FORT LAUDERDALE, FL 33309<br>33309 | 4,598.00 | B1 | ACH/EXPENSE REPORTS |
| COL009 | COLT PRINT SERVICES, INC. | 2525 FRONTIER AVENUE<br>BOULDER, CO 80301<br>80301 | 1,565.00 | C | SECOND TIER VENDORS |
| COM000 | COMPUPLUS | P.O. Box 77<br>Hinckley, OH 44233 | 250.00 | B1 | ACH/EXPENSE REPORTS |
| COM005 | COMCAST CABLE | 8000 E ILIFF AVE<br>DENVER, CO 80231-5317 | 1,326.00 | C | SECOND TIER VENDORS |
| CON156 | CONLEY & ASSOCIATES | 222 OAK LANE<br>GREENSBURG, PA 15601<br>15601 | 1,662.00 | C | SECOND TIER VENDORS |
| COOL001 | COOLEY LLP | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94111-5800<br>5TH FLOOR | 5,331.00 | C | SECOND TIER VENDORS |
| CSC000 | CORPORATION SERVICE COMPANY | P.O. BOX 13397<br>PHILADELPHIA, PA 19101-3397<br>19101 | 4,755.00 | C | SECOND TIER VENDORS |
| DEP000C | DEPT. OF VETERANS AFFAIRS | C/O AGENT CASHIER-IFF<br>HINES, IL 60141<br>PO BOX 7005<br>1ST AVE., I BLOCK N. OF 22ND STREET<br>60141 | 354.00 | W | WIRE PAYMENTS |
| DEV000 | DRIVE MEDICAL DESIGN/DEVILBISS | P.O. BOX 842450<br>BOSTON, MA 02284-2450<br>02284 | 4,263.00 | C | SECOND TIER VENDORS |
| DEVA | DEVA, INC. | 790 BURBANK STREET<br>BROOMFIELD, CO 80020<br>80020 | 15,529.00 | C | SECOND TIER VENDORS |
| DIG001 | DIGI-KEY ELECTRONICS | 701 BROOKS AVE. SOUTH<br>THIEF RIVER FALLS, MN 56701-0677 | 1,748.00 | C | SECOND TIER VENDORS |
| DRGU00 | WEIQING GU | 0 | 5,200.00 | B1 | ACH/EXPENSE REPORTS |
| EAN000 | EAN SERVICES, LLC | PO BOX 840173<br>KANSAS CITY, MO<br>64184-017 | 154.00 | C | SECOND TIER VENDORS |
| ELE003 | ELECTRO ALLIANCE INC | 1500 LANA WAY<br>HOLLISTER, CA 95023<br>95023 | 1,168.00 | C | SECOND TIER VENDORS |
| ENT000 | ENTERPRISE FLEET SERVICES | PO BOX 4838<br>ENGLEWOOD, CO 80112<br>80112 | 17,392.00 | W | WIRE PAYMENTS |
| EXE002 | EXECUTIVE MEDICAL SALES | 214 W. WYNLEIGH DRIVE<br>WILMINGTON, DE 19807<br>19807 | 3,934.00 | C | SECOND TIER VENDORS |
| EXP004 | EXPRESS EMPLOYMENT PROFESSIONA | P.O. Box 203901<br>Dallas, TX 75320-3901 | 1,455.00 | C | SECOND TIER VENDORS |
| FED001 | FEDEX EXPRESS | P.O. Box 94515<br>PALATINE, IL 60094-4515 | 363.00 | C | SECOND TIER VENDORS |
| FIE000 | FIERO FLUID POWER | 5280 WARD ROAD<br>ARVADA, CO 80002<br>80002 | 1,966.00 | C | SECOND TIER VENDORS |
| FIV000 | FIVE STARS DELIVERY LLC | 28930 E. 160TH PL<br>BRIGHTON, CO 80603 | 3,550.00 | C | SECOND TIER VENDORS |
| FLA000 | FLASHBAY INC. | 569 Clyde Ave Ste 500<br>Mountain View, CA 94043 | 1,285.00 | C | SECOND TIER VENDORS |
| FOC451 | FOCUS MEDICAL, INC. | 1891 Ballymore Lane<br>Cincinnati, OH 45233 | 6,291.00 | C | SECOND TIER VENDORS |

nSpire Health
Transfers
SOFA, Part 2

| Supplier | Supplier name | Address | Past 90 Days | Class Code | Class Description |
|---|---|---|---|---|---|
| FOR005 | CITY OF FORT COLLINS | ACCT. NO. 47483<br>FORT COLLINS, CO 80522-0439<br>P.O. BOX 440 | 273.00 | T | TAX PAYMENTS |
| FORE11 | FOREMOUNT ENTERPRISE CO. LTD. | NO. 17, ALLEY 15, LANE 5, SHENAN STREET,<br>TAIWAN, (R.O.C.)<br>SHENGANG HSIANG, TAICHUNG 42944, | 1,440.00 | W | WIRE PAYMENTS |
| GCCL00 | GCC LONGMONT HOLDINGS, LP | 2101 KEN PRATT BLVD., #101<br>C/O SENTINEL MANAGEMENT, INC.<br>LONGMONT, CO 80501 | 180,119.00 | R | RENT |
| GCCL01 | SENTINEL MANAGEMENT, INC. | 2101 KEN PRATT BLVD, #101<br>LONGMONT, CO 80501 | 699.00 | C | SECOND TIER VENDORS |
| GCX000 | GCX CORPORATION | 3875 CYPRESS DRIVE<br>PETALUMA, CA 94954 | 362.00 | C | SECOND TIER VENDORS |
| GEN000 | GENERAL AIR SERVICE & SUPPLY | 1105 ZUNI ST<br>DENVER, CO 80204-3338<br>80204 | 11,096.00 | C | SECOND TIER VENDORS |
| GOL002 | GOLDEN ARCHIVES | GOLDEN TRANSFER COMPANY<br>111 S. Pratt Parkway, Longmont, CO 80501 | 392.00 | C | SECOND TIER VENDORS |
| GRAI00 | GRAINGER | 95 S TEJON ST<br>DENVER, CO 80223-1251<br>80223 | 460.00 | C | SECOND TIER VENDORS |
| GRE002C | GREENE RUBBER CO INC | BOX 414425<br>BOSTON MA 02241-4425<br>022414425 | 381.00 | C | SECOND TIER VENDORS |
| GRE004 | THE GREEN THUMB INTERIOR PLANT | 1732 EAST DOUGLAS RD.<br>FORT COLLINS, CO 80524<br>80524 | 234.00 | C | SECOND TIER VENDORS |
| HAN000 | HANS RUDOLPH | 8325 COLE PARKWAY<br>SHAWNEE, KS 66227<br>66227 | 10,267.00 | O | #N/A |
| HAS000 | HEALTHCARE PURCHASING ALLIANCE | ORLANDO HEALTH | 162.00 | C | SECOND TIER VENDORS |
| HAY000 | HAYNES MEDICAL SALES | 1514 MECHANIC STREET<br>GALVESTON, TX 77550 | 2,102.00 | C | SECOND TIER VENDORS |
| HIL001 | HILLCREST GLASS COMPANY LLC | 504 FOURTH AVE.<br>LONGMONT, CO 80501<br>80501 | 3,473.00 | C | SECOND TIER VENDORS |
| HIR000 | HIRSH PRECISION PRODUCTS | 6420 ODELL PL<br>BOULDER, CO 80301-3310<br>803013310 | 16,362.00 | C | SECOND TIER VENDORS |
| HOM000 | HOME DEPOT | PO BOX 6029<br>THE LAKES, NV 88901-6029<br>88901 | 304.00 | C | SECOND TIER VENDORS |
| IGM000C | IG MARSTON CO * | 8 MEAR ROAD<br>HOLBROOK MA 02343 | 285.00 | C | SECOND TIER VENDORS |
| INT005C | INTERTEK TESTING SERVICES | 3933 US Route 11<br>Cortland, NY 13045 | 800.00 | C | SECOND TIER VENDORS |
| INTLM01 | INTELEMARK, LLC | 4545 E. SHEA BLVD, SUITE 280<br>PHOENIX, AZ 85028 | 41,013.00 | B1 | ACH/EXPENSE REPORTS |
| INX000 | IN-X MACHINE | 5355 W. 59TH AVE<br>ARVADA, CO 80003<br>80033 | 7,013.00 | C | SECOND TIER VENDORS |
| JOH003 | JOHN SUMNER | JOHN B. SUMNER<br>290 FICKETT ROAD<br>POWNAL, MAINE 04069<br>04069 | 7,234.00 | C | SECOND TIER VENDORS |
| LAE001 | LAERIE, INC. | 56 GATEWAY CIRCLE<br>BERTHOUD, CO 80513<br>80513 | 2,847.00 | C | SECOND TIER VENDORS |
| LOC000 | LOCKTON COMPANIES, LLC | 8110 E. Union, Suite 700<br>Denver, CO 80237 | 31,390.00 | C | SECOND TIER VENDORS |

nSpire Health
Transfers
SOFA, Part 2

| Supplier | Supplier name | Address | Past 90 Days | Class Code | Class Description |
|---|---|---|---|---|---|
| LOG000 | LogMeIn, INC. | LogMeIn, Inc<br>Woburn, MA 01813-3308<br>Box 83308<br>01813 | 1,035.00 | B1 | ACH/EXPENSE REPORTS |
| LON000 | MACHINING EXPRESS | 1801 Iron Horse Drive<br>B<br>Longmont<br>80501 | 4,696.00 | C | SECOND TIER VENDORS |
| LON501 | CITY OF LONGMONT(UTILITY) | CITY OF LONGMONT<br>LONGMONT, CO 80501<br>350 KIMBARK STREET | 4,540.00 | C | SECOND TIER VENDORS |
| LSC301 | L. SCHROCK COMPANIES INC. SALE | 136 Dials Drive<br>Woodstock, GA 30188 | 2,282.00 | C | SECOND TIER VENDORS |
| MAG001C | MAGNET | 4823 EAST TRINDLE ROAD<br>MECHANICSBURG PA 17055<br>SUITE 300<br>17055 | 62.00 | C | SECOND TIER VENDORS |
| MAG002C | MAGNETIC SENSOR SYSTEM | 6901 WOODLEY AVENUE<br>VAN NUYS CA 91406<br>91406 | 1,076.00 | C | SECOND TIER VENDORS |
| MAS000 | MASTER ELECTRONICS | 1301 Olympic Blvd,<br>Santa MOnica, CA 90404 | 180.00 | C | SECOND TIER VENDORS |
| MCM000 | MCMASTER-CARR SUPPLY COMPANY | PO BOX 7690<br>CHICAGO, IL 60680-7690<br>60680-769 | 2,311.00 | C | SECOND TIER VENDORS |
| MED951 | MEDTEX HEALTH SERVICES | 554 Willowcreek Ct<br>Clarendon Hills, IL 60514 | 1,124.00 | C | SECOND TIER VENDORS |
| MEDF00 | MEDICAL FILTER SUPPLY, LLC | MEDICAL FILTER SUPPLY, LLC<br>CLINTON, MS 39056<br>101 COUNTRY MEADOWS RD<br>39056 | 2,700.00 | C | SECOND TIER VENDORS |
| MES001 | SYMANTEC CORP | P.O. Box 846013<br>Dallas, TX 75284-6013 | 2,535.00 | C | SECOND TIER VENDORS |
| MID553 | MIDWEST SPECIAL INSTRUMENTS CO | 12302 Princeton Avenue<br>Savage, MN 55378 | 985.00 | C | SECOND TIER VENDORS |
| MNM000 | M & M SOLUTIONS | 3915 N GARFIELD AVENUE<br>LOVELAND, COLORADO 80538<br>80538 | 3,290.00 | C | SECOND TIER VENDORS |
| MON002 | CITY OF MONTGOMERY | ACCOUNT NO. 9342136 | 112.00 | T | TAX PAYMENTS |
| MON006 | MONTAGE CAPITAL, LLC | 19925 Stevens Creek Blvd.,<br>Cupertino, CA 95014-2358<br>Suite 100 | 33,632.00 | O | #N/A |
| MOU000 | MOUSER ELECTRONICS | P.O. BOX 99319<br>FORT WORTH, TX 76199<br>76199 | 2,743.00 | C | SECOND TIER VENDORS |
| MSC000C | MSC INDUSTRIAL SUPPLY CO | DEPT. CH 0075<br>PALATINE IL 60055-0075<br>600550075 | 159.00 | C | SECOND TIER VENDORS |
| MTR000C | M-TRON COMPONENTS, INC. | 1891 LAKELAND AVENUE<br>RONKONKOMA NY 11779<br>11779 | 238.00 | C | SECOND TIER VENDORS |
| NAC000 | NACM COLORADO | SAN DIEGO CREDIT ASSOCIATION<br>SAN DIEGO, CA 92101<br>2044 FIRST AVENUE, #300 | 406.00 | C | SECOND TIER VENDORS |
| NOVA000 | VIZIENT SUPPLY, LLC | 75 REMITTANCE DR, SUITE 1420<br>CHICAGO, IL 60675-1420<br>60675 | 7,074.00 | C | SECOND TIER VENDORS |
| NUAGE00 | NuAge EXPERTS | PO BOX 19855<br>BOULDER, CO 80308 | 98.00 | C | SECOND TIER VENDORS |
| NXTL00 | NEXTLIGHT | 350 KIMBARK ST<br>LONGMONT, CO 80501 | 842.00 | C | SECOND TIER VENDORS |
| ORK000 | ORKIN PEST CONTROL | 1511 W BAYAUD AVE<br>DENVER, CO 80223 | 256.00 | C | SECOND TIER VENDORS |

nSpire Health
Transfers
SOFA, Part 2

| Supplier | Supplier name | Address | | Past 90 Days | Class Code | Class Description |
|---|---|---|---|---|---|---|
| PAQ000 | PAQ-SOURCE | PO BOX 461105<br>AURORA, CO 80046<br>80046 | | 1,345.00 | C | SECOND TIER VENDORS |
| PAR002 | PARKWAY PRODUCTS, INC | 8101 SW FRONTAGE ROAD<br>FORT COLLINS, CO 80528<br>80528 | | 272,417.00 | C | SECOND TIER VENDORS |
| PCC000 | PC CONNECTION | 730 MILFORD ROAD<br>MERRIMACK NH 03054<br>03054 | | 10,358.00 | C | SECOND TIER VENDORS |
| PET001C | PETTY CASH | | 0 | 331.00 | C | SECOND TIER VENDORS |
| PFT639 | PFT DIAGNOSTICS | PO BOX 455<br>ATTN: ACCOUNTS PAYBLE<br>ATTN: ACCOUNTS PAYBLE<br>MO<br>63937 | | 504.00 | C | SECOND TIER VENDORS |
| PIT002 | PITNEY BOWES | GLOBAL FINANCIAL SERVICES LLC<br>NEENAH, WI 54956-1005<br>2225 AMERICAN DRIVE | | 723.00 | C | SECOND TIER VENDORS |
| PIT003 | PITNEY BOWES | AKA PURCHASE POWER/EASY PERMIT | | 1,510.00 | C | SECOND TIER VENDORS |
| PLAT000 | PLATINUM CARGO | 19250 S. VAN NESS<br>TORRANCE, CA 90501 | | 6,220.00 | C | SECOND TIER VENDORS |
| POF001 | P.O.F. MEDICAL | 13899 S. Shaggy Mountain Road,<br>Herriman, UT 84065 | | 2,902.00 | C | SECOND TIER VENDORS |
| PRE002 | PREFERRED PACKAGING PRODUCTS | 2950 COLORFUL AVE, SUITE 102<br>LONGMONT, CO 80504<br>80504 | | 2,460.00 | C | SECOND TIER VENDORS |
| PREC01 | PRECISION METAL MFG. | 11060 IRMA DRIVE<br>NORTHGLENN, CO<br>80233 | | 8,705.00 | C | SECOND TIER VENDORS |
| PRI000 | PRICE PRECISION PARTS, LLC | 11900 UPHAN ST.<br>BROOMFIELD, CO<br>80020 | | 2,067.00 | C | SECOND TIER VENDORS |
| PUE000 | CITY OF PUEBLO | ACCOUNT NO. 15257<br>PUEBLO, CO 81002<br>P.O. BOX 1427<br>ACCOUNT NO. 15257 | | 21.00 | T | TAX PAYMENTS |
| PUR001 | AIRGAS USA, LLC (Intermountain | PO BOX 1152<br>TULSA, OK 74101 | | 9,492.00 | C | SECOND TIER VENDORS |
| QUA006 | QUALITY OF COLORADO INC | 8836 ELDORA ST<br>ARVADA, CO 80007<br>80007 | | 166.00 | C | SECOND TIER VENDORS |
| QWE005 | CENTURYLINK K-303-G51-9801* | PO BOX 91155<br>SEATTLE, WA 98111-9255 | | 3,220.00 | C | SECOND TIER VENDORS |
| QWEST01 | CENTURYLINK#303-666-5555* | Account 70942902<br>Phoenix, AZ 85072-2187<br>PO BOX 52187<br>402856169 | | 4,340.00 | C | SECOND TIER VENDORS |
| RON000 | RON'S PRINTING CENTER | 420 MAIN STREET<br>LONGMONT, CO 80501<br>80501 | | 286.00 | B1 | ACH/EXPENSE REPORTS |
| ROY001 | ROYAL DISCOUNT | 8044 Pebble Rd<br>Niwot, CO 80503<br>80503 | | 3,215.00 | C | SECOND TIER VENDORS |
| RSH000 | R.S. HUGHES CO. | 3870 PARIS ST<br>DENVER, CO 80239<br>UNIT 3 | | 23.00 | C | SECOND TIER VENDORS |
| SAG000 | SAGER ELECTRONICS | 19 Leona Drive<br>Middleborough, MA 02346 | | 513.00 | C | SECOND TIER VENDORS |
| SHOR00 | SHORETEL | 4921 SOLUTION CENTER<br>CHICAGO, IL 60677-4009<br>60677 | | 246.00 | C | SECOND TIER VENDORS |
| SPE000 | SPENCER PRODUCTS COMPANY | 1859 SUMMIT COMMERCE PARK<br>TWINSBURG, OH 44087 | | 1,241.00 | C | SECOND TIER VENDORS |

nSpire Health
Transfers
SOFA, Part 2

| Supplier | Supplier name | Address | Past 90 Days | Class Code | Class Description |
|---|---|---|---|---|---|
| STA007 | STAPLES | DEPT DAL 3368<br>CHICAGO, IL 60696-3689<br>PO BOX 83689 | 369.00 | C | SECOND TIER VENDORS |
| STA013C | STATE OF RHODE ISLAND | P.O. Box 9702 | 10.00 | T | TAX PAYMENTS |
| SWI000C | SWISS JEWEL COMPANY | 325 CHESTNUT STREET<br>PHILADELPHIA PA 19106<br>SUITE 509<br>19106 | 1,282.00 | C | SECOND TIER VENDORS |
| SYSP00 | SYSPRO IMPACT SOFTWARE, INC. | 959 SOUTH COAST DRIVE<br>COSTA MESA, CA 92626<br>SUITE 100<br>92626 | 1,320.00 | C | SECOND TIER VENDORS |
| TAC000 | CITY OF TACOMA | CITY OF TACOMA<br>TACOMA, WA 98411-6640<br>PO BOX 11640<br>FINANCE DEPT/TAX & LICENSE DIVISION<br>CONTRACT ACCT #: 500115328 | 23.00 | T | TAX PAYMENTS |
| TEC004 | TECHNI-TOOL | 1547 N TROOPER ROAD<br>WORCESTER, PA 19490-1117<br>PO BOX 1117<br>19490 | 356.00 | C | SECOND TIER VENDORS |
| TEL001C | TELEDYNE ANALYTICAL INSTR | 16830 CHESTNUT STREET<br>CITY OF INDUSTRY CA 91748-1020<br>917481020 | 2,010.00 | C | SECOND TIER VENDORS |
| TPC000 | TIMEPAYMENT CORP | PO BOX 3069<br>WOBURN, MA 01888-1969 | 425.00 | C | SECOND TIER VENDORS |
| TRI000 | TRI-ANIM HEALTH SERVICES, INC | 5000 TUTTLE CROSSING BLVD.<br>DUBLIN, OH 43016<br>91342 | 915.00 | C | SECOND TIER VENDORS |
| ULI000 | ULINE | 2200 S. LAKESIDE DR.<br>WAUKEGAN, IL 60085<br>60085 | 1,022.00 | C | SECOND TIER VENDORS |
| UNI003 | UNISHIPPERS | 1720 South Bellaire St.<br>Denver, CO 80222<br>Suite 1020 | 4,037.00 | C | SECOND TIER VENDORS |
| UPS004 | UPS SUPPLY CHAIN SOLTNS 68X832 | 28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280<br>60673 | 2,789.00 | C | SECOND TIER VENDORS |
| UPS006 | UPS PLAN 0559IY | ATTENTION: KANDLE TATE<br>COMMERCE CITY, CO 80022<br>5020 IVY ST. | 46,804.00 | W | WIRE PAYMENTS |
| VAC000 | VACCO INDUSTRIES | 10350 Vacco Street<br>South El Monte, CA 91733-0096 | 376.00 | C | SECOND TIER VENDORS |
| VAL002 | VALUE PLASTICS DBA NORDSON MEDICAL | 805 W 71ST STREET<br>LOVELAND, CO 80538<br>80538 | 101.00 | C | SECOND TIER VENDORS |
| VER003 | VERIZON WIRELESS-685413606 | P.O. BOX 4005<br>ACWORTH, GA 30101-9006 | 1,608.00 | 0 | #N/A |
| VES000C | VESTA, INC. | 5400 W. Franklin Drive<br>Franklin, WI 53132 | 2,600.00 | C | SECOND TIER VENDORS |
| VIA000 | VIATEK | VIATEK<br>LOUISVILLE, CO 80027<br>811 WALNUT STREET | 40,056.00 | C | SECOND TIER VENDORS |
| VIS000C | SINCLAIR RUSH/VISIPAK | 4149 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | 5,842.00 | C | SECOND TIER VENDORS |
| WEL000 | WELLS FARGO FINANCIAL LEASING | P.O. Box 10306<br>Des Moines, IA 50306-0306 | 5,997.00 | C | SECOND TIER VENDORS |
| WES001 | WESTERN DISPOSAL | 5880 Butte Mill Road<br>Boulder, CO 80301 | 1,206.00 | C | SECOND TIER VENDORS |
| WPD000 | WESTERN PAPER DISTRIBUTORS | WESTERN PAPER DISTRIBUTORS, INC<br>DENVER, CO 80217-7425<br>PO BOX 5292 | 252.00 | C | SECOND TIER VENDORS |

nSpire Health
Transfers
SOFA, Part 2

| Supplier | Supplier name | Address | Past 90 Days | Class Code | Class Description |
|---|---|---|---|---|---|
| WRI001C | WRIGHT EXPRESS/WEX FLEET | CAROL STREAM, IL 60197-6293<br>PO BOX 6293<br>ACCOUNT# 0463-00-625386-8<br>60197 | 8,187.00 | W | WIRE PAYMENTS |
| XCE001 | XCEL ENERGY @ LONGMONT | P.O. BOX 9477<br>MINNEAPOLIS, MN 55484-9477 | 2,047.00 | C | SECOND TIER VENDORS |
| | | | $ 1,115,196.00 | | |