**Fill in this information to identify the case:**

Debtor name: **nSpire Health, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **19-13271-MER**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................  $ **4,449,690.36**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................  $ **4,449,690.36**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................  $ **667,900.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$ **1,461,863.75**

4. **Total liabilities** ...................................................................................................................  $ **2,129,763.75**
   Lines 2 + 3a + 3b