Fill in this information to identify the case:

Debtor name: **nSpire Health, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **19-13271-MER**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JPMorgan Chase | Control Disbursement | 9112 | $146,022.75 |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.** | | | | **$146,022.75**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

| 11a. 90 days old or less: | 1,085,138.08 | - | 20,000.00 | = .... | $1,065,138.08 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor: nSpire Health, Inc.
Name

Case number (If known) 19-13271-MER

**12. Total of Part 3.** $1,065,138.08
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**
- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- ☐ No. Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies Inventory | 12/28/19 | $1,363,273.00 | Recent cost | $3,137,545.06 |

**23. Total of Part 5.** $3,137,545.06
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  nSpire Health, Inc.  Case number (If known) 19-13271-MER
        Name

| | | | | |
|---|---|---|---|---|
| 39. | Office furniture<br>Office Furniture | Unknown | N/A | $5,641.35 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | Shoretel Telephone Switch | Unknown | N/A | $8,585.16 |
| | Computer Equipment | Unknown | N/A | $9,625.76 |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**   $23,852.27
    Add lines 39 through 42. Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ■ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. Watercraft, trailers, motors, and related accessories *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. Aircraft and accessories | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| Manufacturing Equipment | $0.00 | | $77,132.20 |

51. **Total of Part 8.**   $77,132.20
    Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

Debtor  nSpire Health, Inc.  
Name

Case number (If known) 19-13271-MER

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
- ■ No
- ☐ Yes

## Part 9: Real property

54. Does the debtor own or lease any real property?

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets<br>Trademark - IRIS - Serial Number 86859500, Application/Registration Date December 28, 2015 | Unknown | | Unknown |
| | Trademark - IRIS - Serial Number 86852825, Application/Registration Date December 17, 2015 | Unknown | | Unknown |
| | Trademark - NSPIRE - Serial Number 86166764 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| | Trademark - KOKO - Serial Number 86166763, Registration Number 4694397, Application/Registration Date March 3, 2015 | Unknown | | Unknown |
| | Trademark - RAPTOR - Serial Number 78364821, Registration Number 2925341 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| | Trademark - HAWK - Serial Number 78364749, Registration Number 2925339 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| | Trademark - QUANTUM RESEARCH FERRARIS GLOBAL SOLUTIONS FOR CLINICAL TRIALS - Serial Number 78444862 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| | Trademark - EAGLE - Serial Number 78364796, Registration Number 2985187 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |

Debtor   nSpire Health, Inc.                                   Case number *(If known)*  **19-13271-MER**
         Name

| Description | Value | | Value |
|---|---|---|---|
| Trademark - OWL - Serial Number 78364784, Registration Number 2983074 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Trademark - PIKOLOGIC - Serial Number 77458583, Registration Number 3925937 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Trademark - HDPFT - Serial Number 77368361, Registration Number 3621144 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Trademark - HDCPET - Serial Number 77368364 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Trademark - PIKO - Serial Number 76440714, Registration Number 2704572, Application/Registation Date April 8, 2003 | Unknown | | Unknown |
| Trademark - PULMONARY DATA SERVICES - Serial Number 76419042, Registration Number 2859401 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Trademark - NITE VIEW - Serial Number 75469761, Registration Number 2350723 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Trademark - KOKO - Serial Number 74284639, Registration Number 1801979 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Trademark - POCKETPEAK - Serial Number 74402589, Registration Number 1857233, Application/Registration Date October 4, 1994 | Unknown | | Unknown |
| Trademark - COLLINS - Serial Number 73218182, Registration Number 1174998 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Trademark - STEAD-WELLS - Serial Number 73218138, Registration Number 1152237 (Trademark dead, abandoned or cancelled) | Unknown | | Unknown |
| Patent - Method and system for DLCO quality control testing Patent/Application Number 9,186,090 Issue/Application Date November 17, 2015 | Unknown | | Unknown |

| Debtor | nSpire Health, Inc.<br>Name | | Case number *(If known)* | 19-13271-MER |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Patent - Method and apparatus for analyzing pulmonary performance, Patent/Application Number 8,721,561, Issue/Application Date May 13, 2014 | Unknown | | Unknown |
| Patent - Ventilatory instrument for measuring peak expiratory flow, Patent/Application Number 5,253,651, Issue/Application Date October, 19, 1993 | Unknown | | Unknown |
| Patent - Disposable bacteria filter, Patent/Application Number 5,337,739, Issue/Application Date August 16, 1994 | Unknown | | Unknown |
| Patent - Disposable multitest bacteria filter, Patent/Application Number 5, 390,668, Issue/Application Date February 21, 1995 | Unknown | | Unknown |
| Patent - Flow-controlled calibration syringe, Patent/Application Number 5,827,941, Issue/Application Date October 27, 1998 | Unknown | | Unknown |
| Patent - Aerosol enhancement, Patent/Application Number 6,257,231, Issue/Application Date July 10, 2001 | Unknown | | Unknown |
| Patent - Method and apparatus for tracking usage of a respiratory measurement device, Patent/Application Number 6,824,520 Issue/Application Date November 30, 2004 | Unknown | | Unknown |
| Patent - Incentive audio for pulmonary function diagnostics, Patent/Application Number 12/506826, Issue/Application Date July 21, 2009 | Unknown | | Unknown |
| Patent - System and Method for Remote Healthcare Monitoring, Patent/Application Number 12/508830, Issue/Application Date July 24, 2009 | Unknown | | Unknown |
| Patent - Method and apparatus for analyzing pulmonary performance, Patent/Application Number 14/254591, Issue/Application Date April 16, 2014 | Unknown | | Unknown |

61. Internet domain names and websites
    www.nspirehealth.com                                          Unknown                              Unknown

62. Licenses, franchises, and royalties

| Debtor | nSpire Health, Inc. | Case number *(If known)* | 19-13271-MER |
|---|---|---|---|
| | Name | | |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                                             **$0.00**

      Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ■ No. Go to Part 12.
    - ☐ Yes Fill in the information below.

Debtor  nSpire Health, Inc.                                 Case number *(If known)* 19-13271-MER
        Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $146,022.75 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $1,065,138.08 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $3,137,545.06 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $23,852.27 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $77,132.20 | |
| 88. Real property. *Copy line 56, Part 9.* ......................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,449,690.36  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,449,690.36 |