# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 19-13271-MER |
| NSPIRE HEALTH, INC. | |
| Debtor. | Chapter 11 |
| In re: | Case No. 19-13273-MER |
| NSPIRE HEALTH, LLC | |
| Debtor. | Chapter 11 |
| | (Jointly Administered 19-13271-MER) |

### AGREED ORDER FOR PARTIAL SURRENDER OF LEASED PROPERTY
### (1830 Lefthand Circle, Longmont, Colorado)

GCC Longmont Holdings, Limited Partnership, ("GCC") and Debtor nSpire Health, Inc. ("Debtor") agree and stipulate to entry of this *Agreed Order for Partial Surrender of Leased Property* ("Order") for Debtor's surrender and GCC's possession of a portion of certain non-residential leased property on the terms set forth below:

### BACKGROUND

On April 22, 2019 ("Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. ("Bankruptcy Code") (Doc. No. 1). The Debtor remains a debtor-in-possession. No official committee of unsecured creditors has been formed by the United States Trustee.

As of the Petition Date, the Debtor was the tenant, and GCC was the landlord, under a lease (together with all amendments, addenda, and exhibits, the "Lease") of non-residential real property described as the building having an address of 1830 Lefthand Circle, Longmont, Colorado ("Property"), commencing August 13, 2007, as amended.

Under section 365(d)(4) of the Bankruptcy Code, the last day of the 120-day period for assuming or rejecting the Lease was August 20, 2019. On September 30, 2019, GCC filed its motion for immediate possession ("Motion for Possession") (Doc. No. 94) of the Property, pursuant to 11 U.S.C. § 365(d)(4)(A). The Motion for Possession is incorporated by reference.

GCC provided notice to the Debtor, creditors, and parties in the interest under Local Rule 9013-1.1, establishing an objection deadline of October 14, 2019 ("Notice") (Doc. No. 95). No objections to the Motion for Possession were received; however, GCC and the Debtor have

agreed to extend the Debtor's opportunity to respond to the Motion for Possession subject to the continuance of good-faith negotiations between them and the terms of this Order.

## **SURRENDERED SPACE**

Prior to the Petition Date, on April 17, 2019, Debtor and GCC entered into a letter agreement entitled nSpire Surrender of Portion of Premises at 1830 Lefthand Circle ("<u>Third Addendum</u>"). The Third Addendum allowed the Debtor to surrender a portion of the Property described as 22,264 square feet ("<u>Surrendered Space</u>"), effective as of May 31, 2019. A copy of the Third Addendum is attached as <u>Exhibit 4</u> to the Motion for Possession.

GCC and the Debtor have agreed to Debtor's surrender and GCC's immediate possession of the Surrendered Space upon entry of this Order. The Debtor further stipulates to relief from the automatic stay under section 362(d) of the Bankruptcy Code to the extent necessary for GCC to regain possession of the Surrendered Space.

Entry of this Order is without prejudice to the parties with respect to the Motion for Possession and the remaining portion of the Property to which GCC claims immediate possession, including Debtor's right to respond to the Motion for Possession, but excluding any right of Debtor to assert any rights to possession of the Surrendered Space which Debtor expressly waives.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that upon entry of this Order, Debtor shall surrender and GCC shall have immediate possession of the Surrendered Space; and it is further

ORDERED that the Debtor shall, no later than five (5) days after the date of this Order, remove its personal property from the Surrendered Space, and any personal property of the Debtor left at the Surrendered Space after this period expires may be disposed of by GCC in any manner and in GCC's sole discretion, and without recourse against it; and it is further

ORDERED that, except for the Debtor's right to respond to the Motion for Possession as reserved in this Order, no objections to the Motion for Possession were filed by the deadline set forth in the Notice, which the Court finds was duly given, and GCC's Motion for Possession with respect to the Surrendered Space is GRANTED; and it is further

ORDERED that the 14-day stay under F.R.B.P. 4001(a)(3) is waived with respect to the Surrendered Space.

DATED _____                                  BY THE COURT:

 

_____
Hon. Michael E. Romero, Chief Judge

Dated: October 18, 2019

Stipulated and Agreed:

HOLLAND & HART LLP

By: /s/Matthew J. Ochs
Matthew J. Ochs
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, CO 80201-8749
Phone: (303) 295-8000
Fax: (303) 416-8951
mjochs@hollandhart.com

- and -

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: Ronald A. Spinner (P73198)
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7829
spinner@millercanfield.com

***Attorneys for GCC Longmont Holdings, Limited Partnership***

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/Michael J. Pankow
Steven E. Abelman, #13980
Michael J. Pankow, #21212
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
sabelman@bhfs.com
mpankow@bhfs.com

***Attorneys for the Debtors***

13699789_v2