DEBTOR(S): _NSPIRE HEALTH INC._  
CASE NUMBER: _19-13271-MER_

**MONTHLY OPERATING REPORT**  
**CHAPTER 11**

Form 2-A  
**COVER SHEET**

For Period End Date: _11/30/19_

Accounting Method: ☐ Accrual Basis    ☒ Cash Basis

---

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts (Redact all but last 4 digits of account number and remove check images) |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |
| ☐ | | 9. Evidence of insurance for all policies renewed or replaced during month |

---

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on: _12/20/2019_    Print Name: John R. Peterson  
Signature: _/s/ John R Peterson_  
Title: Interim President and CEO

Rev. 01/01/2018

DEBTOR(S): NSPIRE HEALTH INC.   CASE NO: 19-13271-MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/19 to 11/30/19

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 301,595.48 (1) | $ 36,029.83 (1) |
| 2. Cash Receipts | | |
|    Operations | 3049.33 | 632,792.37 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0 | 0 |
|    Other | 0 | 0 |
| Total Cash Receipts | $ 3049.33 | $ 632,792.37 |
| 3. Cash Disbursements | | |
|    Operations | 0 | 604032 |
|    Debt Service/Secured loan payment | 300,000.00 | 640,000.00 |
|    Professional fees/U.S. Trustee fees | 0 | 0 |
|    Professional fees paid from retainer (e.g. COLTAF accts) | 0 | 0 |
|    Other | 1,290.95 | 19,428.02 |
| Total Cash Disbursements | $ 301,290.95 | $ 665,468.34 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | (298,241.62) | (32,675.97) |
| 5. Ending Cash Balance (to Form 2-C) | $ 3353.86 (2) | $ 3353.86 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| DIP Operating Account | | 0 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | JPM CHASE 9112 | 3353.86 |
| Retainers held by professionals (i.e. COLTAF) | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3353.86 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Rev. 01/01/2018

DEBTOR(S): NSPIRE HEALTH INC.  CASE NO: 19-13271-MER

Form 2-B
CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/19 to 11/30/19

**CASH RECEIPTS DETAIL**
(attach additional sheets as necessary)

Account No: JPM CHASE 9112

| Date | Payer | Description | Amount |
|---|---|---|---|
| 11/1/19 | Various | Trade Accts. Receivable | $358.05 |
| 11/8/19 | Various | Trade Accts. Receivable | 156.28 |
| 11/18/19 | Various | Trade Accts. Receivable | 2535.00 |

Total Cash Receipts  $ 3049.33 (1)

(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1

Rev. 01/01/2018

DEBTOR(S): NSPIRE HEALTH INC.  
CASE NO: 19-13271-MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period 11/1/19 to 11/30/19

**CASH DISBURSEMENTS DETAIL**  
(attach additional sheets as necessary)

Account No: JPM CHASE 9112

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 11/4/19 | EFT | Montage Capital II, LP | Loan Payment | $300,000.00 |
| 11/15/19 | EFT | JPM CHASE | Account Analysis Settlement Charge | 1,290.95 |

Total Cash Disbursements $301,290.95 (1)

(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1

Rev. 01/01/2018

DEBTOR(S): NSPIRE HEALTH INC.  CASE NO: 19-13271-MER

Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 11/30/19

| | Current Month | Petition Date (1) |
|---|---|---|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash (from Form 2-B, line 5) | $ 3,354 | $ 36,030 |
| Accounts Receivable (from Form 2-E) | 265,096 | 626,016 |
| Receivable from Officers, Employees, Affiliates | 0 | 0 |
| Inventory | 2,851,712 | 3,137,545 |
| Other Current Assets (List): Checks Received, not cashed | 20,000 | 0 |
| | 0 | 0 |
| **Total Current Assets** | $ 3,140,162 | $ 3,799,591 |
| **Fixed Assets:** | | |
| Land | $ 0 | $ 0 |
| Building | 0 | 0 |
| Equipment, Furniture and Fixtures | 2,200,000 | 2,200,000 |
| **Total Fixed Assets** | 2,200,000 | 2,200,000 |
| Less: Accumulated Depreciation | ( 2,163,000 ) | ( 2,100,000 ) |
| **Net Fixed Assets** | $ 37,000 | $ 100,000 |
| Other Assets (List): I/C A/R | 650,000 | 650,000 |
| I/C Loan | 500,000 | 500,000 |
| **TOTAL ASSETS** | $ 4,327,162 | $ 5,049,591 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 640,000 | $ 0 |
| Post-petition Accrued Professional Fees (from Form 2-E) | 0 | 0 |
| Post-petition Taxes Payable (from Form 2-E) | 0 | 0 |
| Post-petition Notes Payable | 0 | 0 |
| Other Post-petition Payable(List): | 0 | 0 |
| | 0 | 0 |
| **Total Post Petition Liabilities** | $ 640,000 | $ 0 |
| **Pre Petition Liabilities:** | | |
| Secured Debt | — | 600,000 |
| Priority Debt | 182,000 | 182,000 |
| Unsecured Debt | 5,320,000 | 5,220,000 |
| **Total Pre Petition Liabilities** | $ 5,502,000 | $ 6,002,000 |
| **TOTAL LIABILITIES** | $ 6,142,000 | $ 6,002,000 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 12,374,700 | $ 12,374,700 |
| Retained Earnings - Prepetition | (13,327,109) | (13,327,109) |
| Retained Earnings - Post-petition | (862,429) | |
| **TOTAL OWNERS' EQUITY** | $ (1,814,838) | $ (952,409) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 4,327,162 | $ 5,049,591 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Rev. 01/01/2018

DEBTOR(S): NSPIRE HEALTH INC.  CASE NO: 19-13271-MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 11/1/19 to 11/30/19

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 0 | $ 285,833 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 0 | $ 285,833 |
| Cost of Goods Sold | 0 | 285,833 |
| **Gross Profit** | $ 0 | $ 0 |
| Operating Expenses | | |
| Officer Compensation | $ 0 | $ 0 |
| Selling, General and Administrative | 0 | 0 |
| Rents and Leases | 80,000 | 640,000 |
| Depreciation, Depletion and Amortization | 9,000 | 63,000 |
| Other (list): | 0 | 0 |
| | 0 | 0 |
| **Total Operating Expenses** | $ 89,000 | $ 703,000 |
| **Operating Income (Loss)** | $ (89,000) | $ (703,000) |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ 1,291 | $ 19,429 |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income | 0 | 0 |
| Interest Expense | 20,000 | 140,000 |
| Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ (21,291) | $ (159,429) |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ 0 | $ 0 |
| Other Reorganization Expense | 0 | 0 |
| **Total Reorganization Expenses** | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ (110,291) | $ (862,429) |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ (110,291) | $ (862,429) |

(1) Accumulated Totals include all revenue and expenses since the petition date.

Rev. 01/01/2018

DEBTOR(S): NSPIRE HEALTH INC.     CASE NO: 19-13271-MER

**Form 2-E (Page 1 of 2)**
**SUPPORTING SCHEDULES**

For Period: 11/1/19 to 11/30/19

### Summary of Post-Petition Taxes

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month(1) | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| Total unpaid post-petition taxes | | | | |

(1) For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |
| Other (list): | | | | |

If any policies were renewed or replaced during reporting period, attach new certificate of insurance

Page 1 of 2
Rev. 01/01/2018

DEBTOR(S): NSPIRE HEALTH INC.    CASE NO: 19-13271-MER

Form 2-E (Page 2 of 2)
SUPPORTING SCHEDULES

For Period: 11/1/19 to 11/30/19

### Accounts Receivable Aging Summary (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables |  |  |  | 265,096 | 265,096 |
| Post-petition receivables |  |  |  |  |  |
| Total |  |  |  | 265,096 | 265,096 |

### Post-Petition Accounts Payable Aging Summary (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables |  |  |  |  |  |
| Other Payables | 80,000 | 80,000 | 80,000 | 400,000 | 640,000 |
| Total | 80,000 | 80,000 | 80,000 | 400,000 | 640,000 |

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ | $ | $ |  | $ |
| Counsel for Unsecured Creditors' Committee |  |  |  |  |  |
| Trustee's Counsel |  |  |  |  |  |
| Accountant |  |  |  |  |  |
| Other: |  |  |  |  |  |
| Total | $ |  |  |  |  |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
|  |  |  | $ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

Page 2 of 2
Rev. 01/01/2018

DEBTOR(S): NSPIRE HEALTH INC.   CASE NO: 19-13271-MER

Form 2-F
QUARTERLY FEE SUMMARY *
For the Month Ended: 11/30/19

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 0 | $ | | |
| April | 2019 | $ 6040.32 | | | |
| May | 2019 | 2407.91 | | | |
| June | 2019 | 1399.14 | | | |
| TOTAL 2nd Quarter | | $ 9847.37 | $ 325.00 | | |
| July | 2019 | $ 1254.67 | | | |
| August | 2019 | 1292.10 | | | |
| September | 2019 | 350,325.77 | | | |
| TOTAL 3rd Quarter | | $ 352,872.54 | $ 4,875.00 | | |
| October | 2019 | $ 1457.48 | | | |
| November | 2019 | 301,290.95 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 302,748.43 | $ 4,875.00 | | |

**FEE SCHEDULE (as of JANUARY 1, 2018)**
Subject to changes that may occur to 28 U.S.C. §1930(a)(6)

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $225,000 to $299,999 | $1,950 |
| $15,000 to $74,999 | $650 | $300,000 to $999,999 | $4,875 |
| $75,000 to $149,999 | $975 | $1,000,000 or more*** | 1% of quarterly disbursements or $250,000, whichever is less (subject to change after 9/30/2018)*** |
| $150,000 to $224,999 | $1,625 | | |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*** For disbursements in excess of $1,000,000, this amount is subject to annual adjustment. Please refer to https://www.justice.gov/ust/chapter-11-quarterly-fees

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Rev. 01/01/2018

**DEBTOR(S):** NSPIRE HEALTH INC.  **CASE NO:** 19-13271-MER

Form 2-G
**NARRATIVE**
For Period Ending: _____

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred susequent to the report date.

Rev. 01/01/2018



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2019 through November 29, 2019
Account Number: 9112

### CUSTOMER SERVICE INFORMATION

If you have any questions about your statement, please contact your Customer Service Professional.

00000687 DDA 501 211 33419 NNNNNNNNNNN 1 000000000 80 0000
NSPIRE HEALTH INC
1830 LEFTHAND CIR STE A
LONGMONT CO 80501-6717



## CHECKING SUMMARY  Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $301,595.48 |
| Deposits and Additions | 3 | 3,218.11 |
| Electronic Withdrawals | 1 | - 300,000.00 |
| Other Withdrawals, Fees & Charges | 2 | - 1,459.73 |
| Ending Balance | 6 | $3,353.86 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Lockbox No: 781439 For 2 Items At 09:00 9 Tm: 1300135305Lb | $526.83 |
| 11/08 | Lockbox No: 781439 For 1 Items At 09:00 9 Tm: 1300159312Lb | 156.28 |
| 11/18 | Lockbox No: 781439 For 1 Items At 09:00 9 Tm: 1300191322Lb | 2,535.00 |
| **Total Deposits and Additions** | | **$3,218.11** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Fedwire Debit Via: Avidbank/121143626 A/C: Montage Capital II, L.P. US Imad: 1104B1Qgc08C007233 Tm: 4583400306Jo | $300,000.00 |
| **Total Electronic Withdrawals** | | **$300,000.00** |

Page 1 of 4



November 01, 2019 through November 29, 2019
Account Number: .9112

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | Account Analysis Settlement Charge | $1,290.95 |
| 11/27 | Debit For $168.78 An Item Was Deposited To Your Account IN Error On 11/01/2019. Your Reference Number 201911260009490, Our Reference Number Esds191126-4418, Deposit Location Number 781439. | 168.78 |
| **Total Other Withdrawals, Fees & Charges** | | **$1,459.73** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/01 | $302,122.31 |
| 11/04 | 2,122.31 |
| 11/08 | 2,278.59 |
| 11/15 | 987.64 |
| 11/18 | 3,522.64 |
| 11/27 | 3,353.86 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC