UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

| January 8, 2020 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>nSpire Health, Inc. *et al.,*<br><br>Debtors. | Case No. 19-13271 MER<br>Chapter 11<br>Jointly Administered |

Appearances:

| Trustee | United States Trustee | Counsel | Paul Moss |
|---|---|---|---|
| Debtor | | Counsel | Andrew Roth-Moore |
| Creditor | | Counsel | |

Proceedings:

Disclosure statement hearing;
Status conference on motion to dismiss

Orders:

The Debtors will file their amended disclosure statement as described on the record on or before January 10, 2020, at which time the Court will issue the appropriate order regarding approval of the disclosure statement and setting the confirmation hearing.

The Debtors' report on valuation shall be completed and provided to creditors and parties-in-interest on or before February 7, 2020.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: _____
Deputy Clerk