**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>NSPIRE HEALTH, INC.<br>EIN:  84-1153246,<br><br>Debtor. | Case No. 19-13271-MER<br><br>Chapter 11 |
| In re:<br><br>NSPIRE HEALTH, LLC.<br>EIN:  20-8754321,<br><br>Debtor. | Case No. 19-13273-MER<br><br>Chapter 11<br><br>**Jointly Administered in**<br>**Case No. 19-13271-MER** |

**NOTICE OF PLAN EFFECTIVE DATE AND RELATED DEADLINES**

The Debtors hereby give notice of the following:

1.      Confirmation of Plan.  On February 27, 2020, the Debtors filed their *Second Amended Chapter 11 Plan of Liquidation for nSpire Health, Inc. and nSpire Health, LLC (as modified by the Minor Plan Modification Pursuant to Rule 3019(a)* (the "**Plan**") (Docket Nos. 187 and 192).[1]  On March 3, 2020, the United States Bankruptcy Court for the District of Colorado entered its Order confirming the Plan ("**Confirmation Order**") (Docket No. 197).

2.      Effective Date.  All conditions to the effectiveness of the Plan have been satisfied. The Effective Date of the Plan May 5**,** 2020.

3.      Plan Administrator.  Pursuant to Article V.E.1. of the confirmed Plan, as of the Effective Date, John Peterson is appointed the Plan Administrator.

4.      Professional Fee Claims.  Pursuant to Article II.A.2. of the confirmed Plan, all Retained Professionals seeking payment of professional fees or reimbursement of expenses incurred through and including the Effective Date shall have until June 19**,** 2020 to file a final fee application with the Court.

5.      Administrative Claims Bar Date.  Pursuant to Article II.A.1. of the confirmed Plan, any party who claims to hold an Administrative Claim (other than Professional Claims) shall file a motion seeking allowance of such Administrative Claim on or before June 19**,** 2020, regardless of whether or not such party has previously asserted an Administrative Claim in a proof of claim.

6.      Rejection Damages Bar Date. Pursuant to Article VI.A. of the confirmed Plan, all executory contracts and unexpired leases that exist between the Debtors and any party that have

---

[1] All terms not defined herein shall have the meaning set forth in the Plan.
20484214

not been previously assumed or rejected pursuant to an order of the Bankruptcy Court were deemed rejected on the Effective Date. With respect to Claims arising from the rejection of executory contracts or unexpired leases pursuant to Article VI.B. of the confirmed plan, the bar date to file Proofs of Claim in this Case shall be reopened until June 2**,** 2020.

If you would like a copy of the Confirmation Order you may contact the undersigned and request one.

DATED: May 5, 2020.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*s/ Andrew J. Roth Moore*

Michael J. Pankow, #21212
Andrew J. Roth-Moore, #53402
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com
aroth-moore@bhfs.com

*Attorneys for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2020, a true and correct copy of the foregoing **NOTICE OF PLAN EFFECTIVE DATE AND RELATED DEADLINES** was sent via first class U.S. mail, postage prepaid and addressed (i) to all parties in interest listed on Court's Creditor Address Mailing Matrix attached hereto for each case referenced above which was obtained from Pacer on May 5, 2020 and (ii) to each of the parties listed below.

Alabama Department of Revenue
50 N. Ripley Street
Montgomery, AL 36104

Alaska Department of Revenue
P.O. Box 110400
Juneau, AK 99811-0400

Arizona Department of
Revenue
1600 West Monroe Street
Phoenix, AZ 85007

Arkansas State Revenue
Administration
Ragland Building
1900 W 7th St, Rm 2062
Little Rock, AR 72201

California Franchise Tax Board
PO Box 942840
Sacramento CA 94240-0040

Connecticut State
Department of Revenue
Services
450 Columbus Blvd., Ste 1
Hartford CT 06103

Delaware Division of Revenue
820 N. French Street
Wilmington, DE  19801

District of Columbia
Office of Tax and Revenue
1101 4th Street, SW, Suite 270
West, Washington, DC 20024

Florida Department of
Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Georgia Department of Revenue
1800 Century Blvd NE
Atlanta, GA 30345

State of Hawaii Dept. of Taxation
Director of Taxation
Room 221
830 Punchbowl Street
Honolulu, HI 96813-5094

Idaho State Tax
Commission
PO Box 36
Boise ID 83722-0410

Illinois Department of Revenue
Willard Ice Building
101 West Jefferson Street
Springfield, Illinois 62702

Indiana Department of Revenue
100 N Senate Ave.
Indianapolis, IN 46204

Iowa Department of
Revenue
1305 E Walnut St
Fourth Floor, 0107
Des Moines, IA 50319

Kansas Department of Revenue
120 SE 10th Ave.
Topeka, KS 66612

Kentucky Department of Revenue
501 High Street
Frankfort, KY 40601

Louisiana Department of
Revenue
617 N 3rd Street
Baton Rouge, LA 70802

Maine Revenue Services
51 Commerce Drive
Augusta, ME 04330

State-Maryland Income Tax
80 Calvert Street
Annapolis, MD 21401

Massachusetts Revenue
Department
PO Box 7000
Boston, MA 02204

| | | |
|---|---|---|
| Michigan Department of Treasury<br>430 W Allegan Street<br>Lansing, MI 48933 | Mississippi Department of Revenue<br>500 Clinton Center Drive<br>Clinton, MS 39056 | Missouri Department of Revenue<br>Harry S Truman State Office Bldg<br>301 West High Street<br>Jefferson City, MO 65101 |
| Montana Department of Revenue<br>125 N Roberts Street<br>Helena, MT 59601 | Nebraska Department of Revenue<br>1313 Farnam St #10th<br>Omaha, NE 68102 | Nevada Department of Taxation<br>4600 Kietzke Lane #L235<br>Reno, NV 89502 |
| New Hampshire Dept. of Revenue<br>109 Pleasant Street<br>Concord, NH 03301 | New Mexico Taxation & Revenue<br>1100 S St. Francis Dr. # 3011<br>Santa Fe, NM 87505 | New York State Dept. of Taxation and Finance<br>Harriman Campus Road<br>Albany, NY 12226 |
| North Carolina Dept. of Revenue<br>501 N Wilmington Street<br>Raleigh, NC 27604 | North Dakota Office of State Tax Commissioner<br>600 E Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505 | Oklahoma Tax Commission<br>2501 N Lincoln Blvd.<br>Oklahoma City, OK 73194 |
| Oregon Department of Revenue<br>955 Center St NE<br>Salem, OR 97301 | Pennsylvania Department of Revenue<br>Strawberry Square<br>Harrisburg, PA 17128-0101 | Rhode Island Division of Taxation<br>1 Capitol Hill<br>Providence, RI 02908 |
| South Carolina Department of Revenue<br>300A Outlet Pointe Boulevard<br>Columbia, SC 29210 | South Dakota Dept. of Revenue<br>445 East Capitol Ave<br>Pierre, SD 57501-3185 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134 |
| Vermont Department of Taxes<br>133 State Street<br>Montpelier, VT 05602 | Virginia Tax<br>Office of Customer Services<br>P.O. Box 1115<br>Richmond, VA  23218-1115 | West Virginia State Tax Dept.<br>The Revenue Center<br>1001 Lee Street E.<br>Charleston, WV 25301 |
| Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53708 | nSpire, Inc.<br>1200 S. Fordham Street<br>Suite B<br>Longmont, CO 80503 | State of Wyoming Department of Revenue<br>Excise Tax<br>122 West 25th Street<br>Suite E301<br>Cheyenne, WY 82002-0110 |
| Tennessee Dept. of Revenue<br>c/o TN Attorney Generals Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | Theodore Scheiblich<br>536 Nesting Crane Lane<br>Longmont, CO 80504-9306 | Puerto Rico Dept. of Revenue<br>P. O. Box 8024140<br>San Juan, P.R.  00902-4140 |

20484214

CPA Global
2318 Mill Road, 12th Floor
Alexandria, VA 22314

_s/Genie L. Gnagi_
Genie L. Gnagi, Legal Assistant

20484214

Label Matrix for local noticing
1082-1
Case 19-13271-MER
District of Colorado
Denver
Tue May  5 14:21:24 MDT 2020

570 ENTERPRISE DRIVE
NEENAH, WI 54956-4865

AAP AUTOMATION/ ADVANCED AIR
PO Box 2003
Englewood, CO 80150-2003

ADP LLC
1851 B Resler Drive MS-600
El Paso, TX 79912

ADP TOTALSOURCE, INC.
10200 Sunset Drive
Miami, FL 33173-3033

ADVANCED CIRCUITS
2100 East 33rd Drive
Aurora, CO 80011

AIRGAS USA LLC
12800 W. Little York Rd.
Houston, TX 77041-4218

AIRGAS USA, LLC
110 WEST 7TH STREET, SUITE 1300
TULSA, OK 74119-1106

AIRGAS USA, LLC INTERMOUNTAIN
PO Box 1152
Tulsa, OK 74101-1152

ALLIED ELECTRONICS INC
P.O. Box 2325
Fort Worth, TX 76113-2325

AMERICAN EXPRESS-11002 BTA
P.O. Box 650448
Dallas, TX 75265-0448

AMERICAN EXPRESS-61009
P.O. Box 650448
Dallas, TX 75265-0448

AMERICAN EXPRESS-66005
PO Box 360001
Fort Lauderdale, FL 33336-0001

AVALANCHE COMMERCIAL CLEANING
P.O. Box 18448
Boulder, CO 80308-1448

Aaron Mandelbaum
492-C Cedar Lane #257
Teaneck, NJ 07666-1713

Abel Fontes
2885 E MIDWAY BLVD
LOT 207
Broomfield, CO 80234-7049

Steven E. Abelman
410 Seventeenth St
22nd floor
Denver, CO 80202-4437

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Anthony Chiesa
513 Sheriff Avenue
Little Elm, TX 75068-4028

Anthony P. Chiessa
Anthony P Chiesa
513 Sheriff Avenue
Little Elm, TX 75068-4028

Anthony Peter Chiesa
513 Sheriff Avenue
Little Elm, TX 75068-4028

BEARINGS SPECIALTY CO IN
50 Energy Drive
Canton, MA 02021-2863

BECKSON MANUFACTURING
P.O. Box 3336
165 Holland Ave.
Bridgeport, CT 06605-2136

BIOTRONICS
6191 Orange Drive, Ste 4470
Davie, FL 33314-3457

BOULDER COUNTY TREASURER
1325 Pearl St., #5
Boulder, CO 80302-5247

BSI GROUP AMERICA
12110 Sunset Hills Road, Suite 200
Reston, VA 20190-5902

BSI Group America
12950 Worldgate Dr
Suite 800
Herndon, VA 20170-6007

Duncan E. Barber
7979 E. Tufts Ave
Ste 1600
Denver, CO 80237-3358

Beckson Manufacturing Inc
165 Holland Avenue
Bridgeport, CT 06605-2136

Becky Bodah
2920 Troxell Ave
Longmont, CO 80503-7016

Billy K Wade
9307 Geneva Street
Spring Hill, FL 34608-6319

Billy Keaton Wade
9307 Geneva Street
Spring Hill, FL 34608-6319

Billy Wade
9307 GENEVA STREET
SPRING HILL, FL 34608-6319

Brandon Van Pelt
2184 Winding Dr
Longmont, CO 80504-3201

Brian Michael Rubick
1384 Walnut Street
Windsor, CO 80550-5905

Bryant Hart
455 Main St.
PO Box 1214
Erie, CO 80516-1214

C & D METAL PRODUCTS INC
10750 Irma Drive, #18
Northglenn, CO 80233-3631

C & D TOOL & MACHINE CO
35-R Plain Street
West Bridgewater, MA 02379-1325

CCX CORPORATION
1399 Horizon Ave.
Lafayette, CO 80026-9304

CENTURY TRANSPORTATION, INC.
2015 Arlington Hts. Road
Arlington Heights, IL 60005-4153

CENTURYLINK 303-666-5555
PO Box 52187
Phoenix, AZ 85072-2187

CENTURYLINK 720-890-5935
PO Box 29040
Phoenix, AZ 85038-9040

CENTURYLINK K-303-G51-9081
PO Box 91155
Seattle, WA 98111-9255

CITRIX SYSTEMS, INC.
851 West Cypress Creek Road
Fort Lauderdale, FL 33309-2040

CITY OF LONGMONT UTILITY
350 Kimbark Street
Longmont, CO 80501-5551

COLT PRINT SERVICES, INC.
2525 Frontier Avenue
Boulder, CO 80301-2460

COMCAST CABLE
8000 E Iliff Ave.
Denver, CO 80231-5317

CONLEY & ASSOCIATES
222 Oak Lane
Greensburg, PA 15601-5727

CONTROLS FOR AUTOMATION, INC.
25 Constitution Drive
Taunton, MA 02780-1071

COOLEY LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

CROEfficient Technology
23 Melville Glen Pl
The Woodlands, TX 77384-4801

Carmen Dena Nastacio
1644 Emery St.
Longmont, CO 80501-2828

CenturyLink Communications, LLC
f/k/a Qwest Communications Co., LLC
CenturyLink Communications, LLC - Bankru
1025 EL Dorado Blvd (Attn: Legal-BKY)
Broomfield, CO 80021-8254

Charles James Stafford
4675 W 37 Avenue
Apt 303
Denver, CO 80212-2193

Christopher Dobbins
430 Grey Swallow St
Brighton, CO 80601-8770

Clinton Ruby
10913 Bannock St
Northglenn, CO 80234-3910

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver, CO 80261-3000

Cooley
attn: J. Michael Kelly
101 California St., 5th Floor
San Francisco, CA 94111-3580

Craig J Pizzuti
7870 W 87th Drive
Unit 0
Arvada, CO 80005-1668

Cynthia Diane Scurry
1359 Catalpa Place
Erie, CO 80516-4613

DEVA, INC.
760 Burbank Street
Broomfield, CO 80020-1658

Daniel Bowen
861 E. 130th Court
Thornton, CO 80241-1103

Daniel Calore
632 Carroll Fox Rd
Brick, NJ 08724-4636

Daniel John Bowen
861 E 130th Court
Thornton, CO 80241-1103

Daniel Kurt Torres
1066 So Coffman St
Longmont, CO 80501-6613

David S. Arnot
10255 Dover St
Westminster, CO 80021-3983

David Tyrone Turner
16028 Cinnamon Cir
Mead, CO 80542-6021

Dee Erickson
2684 TAFT CT
Lakewood, CO 80215-7042

Deva, Inc.
2651 Dow Avenue
Tustin, CA 92780-7207

Diana Dunning
2635 White Wing RD
Johnstown, CO 80534-4625

Dora Moua
3907 E 133rd Ct
Thornton, CO 80241-1443

ELECTRO ALLIANCE INC
1500 Lana Way
Hollister, CA 95023-2571

EMKA INC
1961 Fulling Mill Road
Middletown, PA 17057-3125

EXECUTIVE MEDICAL SALES
214 W. Wynleigh Drive
Wilmington, DE 19807-1844

Elizabeth Cruz
1441 Emery St., Apt. 105
Longmont, CO 80501-3350

Enterprise Fleet Services
Enterprise FM Trust
Enterprise Fleet Management Customer Bil
PO Box 800089
Kansas City, MO 64180-0089

Eric Norgard
729 Ponderosa Ct
Louisville, CO 80027-2723

FEDEX EXPRESS
P.O. Box 94515
Palatine, IL 60094-4515

FIERO FLUID POWER
5280 Ward Road
Arvada, CO 80002-1812

FIVE STAR DELIVERY LLC
28930 E. 160th Place
Brighton, CO 80603-8446

FOCUS MEDICAL, INC.
1891 Ballymore Lane
Cincinnati, OH 45233-4457

Federal Insurance Company
436 Walnut Street - 4th Floor
Philadelphia, PA 19106-3703

Fiero Automation
Jeffrey B. Murphy
6533 Flying Cloud Drive
Suite 100
Eden Prairie, MN 55344-3333

Focus Medical, Inc.
Nicholas Rixner
1891 Ballymore Lane
Cincinnati, OH 45233-4457

Foremount Enterprise Co., Ltd.
No. 17, Alley 15, Lane 5, Shenan Street
Shengang District, Taichung City, 42944
Taiwan (R.O.C)

Forest Michael Cordova
708 Delaware Ave
Apt. C
Longmont, CO 80501-6245

G&S TOOLING
4035 County Line Road, Unit B
Erie, CO 80516-8445

GCC LONGMONT HOLDINGS, LP
c/o Sentinel Management Inc.
2101 Ken Pratt Blvd., #101
Longmont, CO 80501-6568

GENERAL AIR SERVICE & SUPPLY
1105 Zuni St
Denver, CO 80204-3399

GOLDEN ARCHIVES
Golden Transfer Company
111 S. Pratt Parkway
Longmont, CO 80501-6129

GRAINGER
95 S Tejon St
Denver, CO 80223-1251

Gary William Grattagliano
82 Sunset Road
Pompton Plains, NJ 07444-1626

Gene Merrill
11717 Elmer Linn Dr
Longmont, CO 80504-6295


Gilbert John Romero
12352 Quince St
Thornton, CO 80602-8178

Golden Archives
Rudy Fischer
111 South Pratt Parkway
Longmont, CO 80501-6129

Graham Dray Scurry
1359 Catalpa Pl
Erie, CO 80516-4613


HAWKEYE TECHNOLOGIES
181 Research Drive #8
Milford, CT 06460-8549

HAYNES MEDICAL SALES
1514 Mechanic Street
Galveston, TX 77550-2531

HIRSH PRECISION PRODUCTS
6420 Odell Pl.
Boulder, CO 80301-3310


Houa Thao
11272 Ironton Street
Henderson, CO 80640-7673

ICARDIAC TECHNOLOGIES
150 Aliens Creek Road
Rochester, NY 14618-3308

IG MARSTON CO
8 Mear Road
Holbrook, MA 02343-1339


IN-X MACHINE
5355 W. 59th Ave.
Arvada, CO 80003-5703

INTALERE
P.O. Box 66911
St. Louis, MO 63166-6911

IRS
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

JONESVILLE PAPER TUBE CORP.
P.O. Box 39
Jonesville, MI 49250-0039

John Higgins
10958 Macon Street
Henderson, CO 80640-7725


John Schoch
126 Red Top Rd
Wallkill, NY 12589-3529

John Sumner
380 Lafayette Rd. 11-141
Seabrook, NH 03874-4551

Joseph G Fryberger
12766 River Rock Way
Firestone, CO 80504-5301


Jun Guevarra Carroll
5437 Bear Ln
Frederick, CO 80504-3452

Kodie A. Bittner
4011 Alabama Street
Apt 6104
El Paso, TX 79930-2416

Kristen Jean Schmidt
6877 Mendocino Pl
Alta Loma, CA 91701-7532


Kurt Daniel Torres
1066 South Coffman St
Longmont, CO 80501-6613

L. SCHROCK COMPANIES INC.
136 Dials Drive
Woodstock, GA 30188-4543

LEWAN & ASSOCIATES
1400 S. Colorado Blvd.
Denver, CO 80222-3648


LOGMEIN, INC.
Box 83308
Woburn, MA 01813-3308

LYNN PRODUCTS
2645 W. 237th Street
Torrance, CA 90505-5269

Larry Richard Murdock
6970 Cartilla Avenue
Rancho Cucamonga, CA 91701-5205

MACHINING EXPRESS
1801 Iron Horse Drive, B
Longmont, CO 80501-9159

MANDELBAUM
492-C Cedar Ln #257
Teaneck, NJ 07666-1713

MCMASTER-CARR SUPPLY COMPANY
PO Box 7690
Chicago, IL 60680-7690

MEDICAL FILTER SUPPLY, LLC
101 Country Meadows Rd.
Clinton, MS 39056

MEDTEX HEALTH SERVICES
554 Willowcreek Ct.
Clarendon Hills, IL 60514-3602

MH CUSTOM DESIGN & MFG. L.C.
8012 S. Pioneer St.
Midvale, UT 84047-7419

MINUTEMAN CONTROLS CO. IN
7 Foster Street
Wakefield, MA 01880-2903

MONTAGE CAPITAL II, L.P.
900 East Hamilton Ave., Suite 100
Campbell, CA 95008-0668

MOUSER ELECTRONICS
P.O. Box 99319
Fort Worth, TX 76199-0319

MSC INDUSTRIAL SUPPLY CO
Dept. CH 0075
Palatine, IL 60055-0075

Mary Burrell
385 Eagle Watch
Fort Collins, CO 80524-8603

Maya Stuart
338 Sumner St
Longmont, CO 80501-4831

McMaster-Carr Supply Co
P O Box 4355
Chicago, IL 60680-4355

Mega Screen Corporation
P.O. Box 152
549 Industrial Parkway
Jonesville, Mich 49250-9004

Michael E. Bartosik
962 Redhead Lane
Apt 207
Corona, CA 92880-2319

Minnesota Department of Revenue
PO Box 64447 - BKY
St. Paul, MN  55164-0447

Mohammed M Rezk
6904 Lachlan Circle
Apt I
Baltimore, MD 21239-1555

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Larry R Murdock
6970 Cartilla Avenue
Rancho Cucamonga, CA 91701-5205

NACM COLORADO
San Diego Credit Association
2044 First Avenue, #300
San Diego, CA 92101-2079

NEWARK
4801 N Ravenswood Ave
Chicago, IL 60640-4478

NEXTLIGHT
350 Kimbark St.
Longmont, CO 80501-5500

NUAGE EXPERTS
PO Box 19855
Boulder, CO 80308-2855

Nathan Berry
11891 Spruce Canyon Cir
Golden, CO 80403-8439

ORKIN PEST CONTROL
1511 W. Bayaud Ave
Denver, CO 80223-1217

Matthew J. Ochs
555 17th St.
Ste., 3200
Denver, CO 80202-3921

P.O.F. MEDICAL
13899 S. Shaggy Mountain Road
Herriman, UT 84096-3226

PARKER HANNIFIN/HARGRAVES
127 Speedway Drive
Mooresville, NC 28117-6879

PARKWAY PRODUCTS, INC
8101 SW Frontage Road
Fort Collins, CO 80528-9604

PC CONNECTION
730 Milford Road
Merrimack, NH 03054-4612

PERMA PURE LLC
1001 New Hampshire Avenue
Lakewood, NJ 08701-6037

PLANTE & MORAN, PLLC
8181 E. Tufts Avenue, Suite 600
Denver, CO 80237-2579

PLATINUM CARGO
19250 S. Van Ness
Torrance, CA 90501-1102

PRECISION METAL MFG.
11060 Irma Drive
Northglenn, CO 80233-3611

PREFERRED PACKAGING PRODUCTS
2950 Colorful Ave., Suite 102
Longmont, CO 80504-5265

PRICE PRECISION PARTS, LLC
11900 Uphan St.
Broomfield, CO 80020-2737

Michael J. Pankow
410 17th St.
22nd Fl.
Denver, CO 80202-4437

Parker Hannifin Corporation
Sandra J Sberna
6035 Parkland Blvd
Cleveland OH 44124-4186

Parkway Products, LLC
Jeremy M. Campana, Thompson Hine, LLP
127 Public Square, Suite 3900
Cleveland, OH 44114-1291

Phi V Pham
10 Bartimous Rd
Bailey, CO 80421-1513

Edith Stuart Phillips
P.O. Box 12548, MC-008
Austin, TX 78711-2548

Precision Metal Manufacturing, LLC
Shawn Walsh
11060 Irma Drive
Northglenn, CO 80233-3611

Procesa G Martin
16115 Summit Peak Dr
Longmont, CO 80504-9683

Prolab Sales Inc.
11601 WILSHIRE BLVD.
Los Angeles, CA 90025-0509

QUALITY OF COLORADO INC
8836 Eldora St
Arvada, CO 80007-7320

QUINTILES
6700 W. 115th Street
Overland Park, KS 66211-1553

Qwest Corporation dba
CenturyLink QC - Bankruptcy
1025 EL Dorado Blvd (Attn: Legal-BKY)
Broomfield, CO 80021-8254

Robert Scott Ritter
1307 Cedarwood Dr.
Longmont, CO 80504-8735

Robert A. Espinosa
1648 Emerald Street
Broomfield, CO 80020-1188

Robert J Van Winkle Jr.
15732 Josphine Cir W
Thornton, CO 80602-7745

Robert S Ritter
1307 Cedarwood Drive
Longmont, CO 80504-8735

Katherine A Ross
1801 California St.
Ste. 1600
Denver, CO 80202-2628

Andrew J. Roth-Moore
410 Seventeenth St., Ste. 2200
Denver, CO 80202-4432

Ryan Bain
782 Cedar Dr
Frederick, CO 80530-7031

SAGER ELECTRONICS
19 Leona Drive
Middleborough, MA 02346-1404

SHORETEL
4921 Solution Center
Chicago, IL 60677-4009

SID A WEISS
1174 WEST 1ST AVENUE
COLUMBUS, OK 43212-3516

SYSPRO IMPACT SOFTWARE, INC.
959 South Coast Drive, Suite 100
Costa Mesa, CA 92626-1786

Jennifer M Salisbury
Markus Williams Young & Hunsicker LLC
1775 Sherman Street
Ste 1950
Denver, CO 80203-4350

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Shaela Catherine Dickinson
1020 E 10th Avenue
Apt 103
Broomfield, CO 80020-1415

Sid Weiss
1174 W 1st Ave
Columbus, OH 43212-3516

Mason Simpson
ROBINSON & HENRY, P.C.
900 Castleton Road, Suite 200
Castle Rock
Castle Rock, CO 80109-3307

Michael Sims
8201 Cattail Dr.
Niwot, CO 80503-7285

Soua Her Lo
2716 W 101st PL
Federal Heights, CO 80260-6140

Soua Lo
2716 W 101st Pl
Federal Heights, CO 80260-6140

State of Minnesota
Department of Revenue
PO Box 64447 - BKY
St Paul, MN  55164-0447

State of NJ-Division of Taxation Bankruptcy
State of NJ-Division of Taxation
PO Box 245
Trenton, NJ 08695-0245

State of Wyoming
Department of Revenue Excise Tax
122 West 25th Street Ste E301
Cheyenne, WY  82002-0110

Susan Geiger
805 23rd Avenue
Greeley, CO 80634-5921

Susan Mary Geiger
805 23rd Avenue
Greeley, CO 80634-5921

TDOR c/o Attorney General
500 Deaderick Street
PO Box 20207
500 Deaderick Street
Nashville, TN 37202-4015

TECHNI-TOOL
1547 N Trooper Road
Worcester, PA 19490-1117

TELEDYNE ANALYTICAL INSTR
16830 Chestnut Street
City of Industry, CA 91748-1020

THE GREEN THUMB INTERIOR PLANT
1732 East Douglas Rd.
Fort Collins, CO 80524-1741

THIN METAL PARTS
4733 Centennial Blvd.
Colorado Springs, CO 80919-3306

TIDI PRODUCTS, LLC
570 Enterprise Drive
Neenah, WI 54956-4865

TIMEPAYMENT CORP
PO Box 3069
Woburn, MA 01888-1969

TN Dept of Revenue
c/o TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Texas Comptroller of Public Accounts
E. Stuart Phillips
c/o Sherri K. Simpson
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
Office of the Attorney General
Bankruptcy & Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
on behalf of State of Texas
Office of Atty General - Bankruptcy
PO Box 12548, MC-008
Austin, TX 78711-2548

The Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

The Regents of the University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Attn: Rhonda S. Goldstein
Oakland, CA 94607-5200

Theodore Scheiblich
536 Nesting Crane Ln
Longmont, CO 80504-9306

Theresa A Shjandemaar
3117 Eagle Butte Ave
Frederick, CO 80516-2611

Theresa Shjandemaar
3117 Eagle Butte Ave
Frederick, CO 80516-2611

Thin Metal Parts, LLC
4733 Centennial Blvd
4733 Centennial Blvd
Colorado Springs, CO 80919-3306

Todd Ricker
6251 W 110th Ave
Broomfield, CO 80020-3211

Townley Gatlin Steili
13871 E 106th Pl
Commerce City, CO 80022-9469

Townley Steili
13871 E 106th Place
Commerce City, CO 80022-9469

UNISHIPPERS
1325 S. Colorado Blvd., Ste. 507
Denver, CO 80222-3320

UPS
c/o RMS
PO Box 19253
Minneapolis, MN 55419-0253

UPS FREIGHT/SCS
P.O. Box 730900
Dallas, TX 75373-0900

UPS PLAN 0559IY
Attention Kandle Tate
5020 Ivy St.
Commerce City, CO 80022-4403

UPS SUPPLY CHAIN SOLTNS 68X832
28013 Network Place
Chicago, IL 60673-1280

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

VACCO INDUSTRIES
10350 Vacco Street
South El Monte, CA 91733-3399

VALIN CORPORATION
8152 Southpark Lane
Littleton, CO 80120-4800

VIATEK
811 Walnut Street
Louisville, CO 80027-1847

VIZIENT SUPPLY, LLC
75 Remittance Dr., Suite 1420
Chicago, IL 60675-1420

Vicky Lyon
710 Dukes Way
Dacono, CO 80514-5062

W.A. HAMMOND DRIERITE CO., LTD
PO Box 460
138 Dayton Avenue
Xenia, OH 45385-2830

W.A. Hammond Drierite Co., Ltd.
138 Dayton Avenue
Xenia, OH 45385-2830

WA Department of Revenue
Attn: Sam Seal
2101 4th Ave, Ste 1400
Seattle, WA 98121-2300

WEIQING GU
Associate Professor, Dept. of Mathematic
Harvey Mudd College
301 Platt Blvd.
Claremont, CA 91711-5901

WELLS FARGO FINANCIAL LEASING
P.O. Box 10306
Des Moines, IA 50306-0306

WELLS FARGO FINANCIAL LEASING, INC
800 Walnut Street
MAC N0005-044
Des Moines, IA 50309-3605

WESTERN DISPOSAL
5880 Butte Mill Road
Boulder, CO 80301-2900

Deanna L. Westfall
Office of the Colorado Attorney General
1300 Broadway,  8th Floor
Denver, CO 80026

XCEL ENERGY LONGMONT
P.O. Box 9477
Minneapolis, MN 55484-9477

iCardiac Technologies, Inc.
Laurie Bush
150 Allens Creek Rd
Rochester, NY 14618-3308

nSpire Health Inc
6191 Orange Drive
Suite 4470
Davie, FL 33314-3457

nSpire Health Inc.
6877 Mendocino Place
Alta Loma, CA 91701-7532

nSpire Health, Inc.
205 Ken Pratt Blvd
Suite 120, Mailbox #212
Longmont, CO 80501-8998

nSpire Health, Inc.
6970 Cartilla Avenue
Rancho Cucamonga, CA 91701-5205

nSpire Health, L.L.C.
1830 Lefthand Circle
Longmont, CO 80501-6717

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Colorado Department Of Revenue          (u)GCC Longmont Holdings, LP          (u)GCC Longmont Holdings, Limited Partnership
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000


(u)IRS                                     (d)Internal Revenue Service          (u)Montage Capital II, L.P.
                                           PO Box 7346
                                           Philadelphia, PA 19101-7346



(u)Parkway Products, LLc                   End of Label Matrix
                                           Mailable recipients   237
                                           Bypassed recipients     7
                                           Total                 244

Label Matrix for local noticing
1082-1
Case 19-13273-MER
District of Colorado
Denver
Tue May  5 14:23:14 MDT 2020

Steven E. Abelman
410 Seventeenth St
22nd floor
Denver, CO 80202-4437

Duncan E. Barber
7979 E. Tufts Ave
Ste 1600
Denver, CO 80237-3358


C & D Tool and Machine Co
35R Plain St
West Bridgewater, MA 02379-1325

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Edmond Chu
12410 Rue Cheaumont
San Diego, CA 92131-3212


Heracles F, LLC
c/o John C. Head III
5A Oliver's Wharf
64 Wapping High Street
London, UK E1W2P

Houa Thao
11272 Ironton St.
Henderson, CO 80640-7673

IRS
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kristen Schmidt
6877 Mendocino Place
Alta Loma, CA 91701-7532

MONTAGE CAPITAL II, L.P.
900 East Hamilton Ave., Suite 100
Campbell, CA 95008-0668


Michael S. Sims
8201 Cattail Drive
Niwot, CO 80503-7285

Michael Sims
8201 Cattail Dr
8201 Cattail Dr
Niwot, CO 80503-7285

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004


Michael J. Pankow
410 17th St.
22nd Fl.
Denver, CO 80202-4437

Andrew J. Roth-Moore
410 Seventeenth St., Ste. 2200
Denver, CO 80202-4432

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700


Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Michael Sims
8201 Cattail Dr.
Niwot, CO 80503-7285

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004


Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC F0005-055
Des Moines, IA 50309-3605

nSpire Health, L.L.C.
205 Ken Pratt Blvd
Suite 120, Mailbox #212
Longmont, CO 80501-8998


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Montage Capital II, L.P.

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23