# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>NSPIRE HEALTH, INC.<br>EIN: 84-1153246,<br><br>Debtor. | Case No. 19-13271-MER<br><br>Chapter 11 |
| In re:<br><br>NSPIRE HEALTH, LLC<br>EIN: 20-8754321,<br><br>Debtor. | Case No. 19-13273-MER<br><br>Chapter 11<br><br>**Jointly Administered in<br>Case No. 19-13271-MER** |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE BROWNSTEIN HYATT FARBER SCHRECK, LLP'S APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES

Brownstein Hyatt Farber Schreck, LLP ("**BHFS**"), counsel for nSpire Health, Inc. and nSpire Health, LLC (together, the "**Debtors**"), requests, pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure, that the Court enter an order extending by 31 days the deadline for BHFS to file its fee application, and states as follows:

1. On April 22, 2019, the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq*.

2. On May 3, 2019, the Debtors filed their *Application to Employ Brownstein Hyatt Farber Schreck, LLP as Counsel for Debtors in Possession*. (Docket No. 21) On June 6, 2019, the Court approved BHFS's employment application. (Docket No. 60)

3. On February 27, 2020, the Debtors filed their *Second Amended Chapter 11 Plan of Liquidation for nSpire Health, Inc. and nSpire Health, LLC* (as modified by the *Minor Plan Modification Pursuant to Rule 3019(a)*, the "**Plan**"). On March 3, 2020, the Court entered its order confirming the Plan. (Docket No. 197) The effective date of the Plan occurred on May 5, 2020.

4. Under the Plan, the deadline for estate professionals to file an application for approval of professional fees and expenses is June 19, 2020 (the "**Current Deadline**").

5. BHFS requests the Court extend the Current Deadline by 31 days, through and including July 20, 2020.

21136600

6. Under Bankruptcy Rule 9006(b)(1), upon cause shown, the Court has authority to enlarge a deadline set in its prior order.

7. Due to logistical issues, BHFS will be unable to file a fee application by the Current Deadline.

8. No party will be prejudiced by this extension and the Debtors do not oppose the relief sought. The requested relief will only delay payment to BHFS.[1]

**WHEREFORE,** BHFS requests that the Court enter an order, a form of which is submitted herewith, granting the requested relief.

DATED: June 18, 2020.

Respectfully submitted,

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*s/Michael J. Pankow*
Michael J. Pankow, #21212
Joshua M. Hantman, #42010
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
mpankow@bhfs.com
jhantman@bhfs.com

*Attorneys for the Debtors*

---

[1] Pursuant to Local Bankruptcy Rules 9013-1(a)(5) and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, notice is not required under the circumstances. Local Bankruptcy Rule 9013-1(a)(5) provides that the Court may provide *ex parte* relief where the requested relief "does not require a specific notice and deadline for objection." FRBP 9006(b)(1), in turn, permits the Court to enter an order extending time "without motion or notice."

21136600