# EXHIBIT B-1

# Brownstein Hyatt
# Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO  80202

Phone:  303-223-1100
Facsimile:  303-223-1111

http: www.bhfs.com

nSpire Health
Attn: John C. Head, III
1830 Lefthand Circle
Longmont, CO 80501

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |

**Payable  Upon  Receipt**

Client:      nSpire Health
Matter:     Restructuring

---

## INVOICE SUMMARY

For Professional Services Rendered Through December 31, 2019

| | |
|---|---|
| **TOTAL FEES** | $ 185,810.50 |

**COSTS**

| | | |
|---|---|---|
| Filing Fee | $ 3,434.00 | |
| Transcript Expense | 638.95 | |
| Total Costs | | 4,072.95 |
| **TOTAL AMOUNT DUE** | | **$ 189,883.45** |

# Brownstein Hyatt Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO  80202

Phone:  303-223-1100
Facsimile:  303-223-1111

http: www.bhfs.com

nSpire Health
Attn: John C. Head, III
1830 Lefthand Circle
Longmont, CO 80501

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |

Re:   Restructuring

For Professional Services Rendered Through December 31, 2019

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/2019 | B. Braud | Telephone conference with S Grisham re schedules | 0.10 | 205.00 | $ 20.50 |
| 05/03/2019 | S. Abelman | Telephone conference with opposing counsel P. Haynes of Hirsch Precision Products re § 503(b)(9) claim (.3); Vitaby at 5 Star Delivery (.2); develop legal strategy based upon client information (.4); telephone conference with opposing counsel for J. Campagna, rep for Parkway Products LLC (.4); prepare Motion to Employ BHFS and review conflict report for verified statement (2.4); work on Motion for Joint Administration (.4); telephone conference with other creditors requesting bank information (.3) | 4.40 | 655.00 | 2,882.00 |
| 05/03/2019 | S. Grisham | Conference with J. Fryberger re SOFA and schedules (1.1); revise Application to Employ BHFS for nSpire Health, Inc. (.4); draft Application to Employ BHFS, proposed order and notice for nSpire Health, L.L.C. (.8); draft notice re Application to Employ BHFS for nSpire Health, Inc. (.2); file and distribute Application to Employ BHFS, proposed order and notice for nSpire Health, Inc. (.5); Application to Employ BHFS, proposed order and notice for nSpire Health, L.L.C. (.5); revise SOFA and schedules for nSpire Health, Inc. and nSpire Health, L.L.C. (3.6) | 7.10 | 315.00 | 2,236.50 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health

Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 2 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/2019 | M. Pankow | Meet with J. Head, J. Fryberger; prepare and follow-up | 4.50 | 745.00 | 3,352.50 |
| 05/04/2019 | S. Abelman | Work on SOFA and Schedules (1.2); work on Motion for Joint Administration (.6) | 1.80 | 655.00 | 1,179.00 |
| 05/05/2019 | S. Grisham | Prepare customer list for filing under seal (1.3); review and analyze bankruptcy pleadings for nSpire Health, Inc. and nSpire Health, L.L.C. (.5); email exchange with working groups re same (.3); revise SOFA and schedules for nSpire Health, Inc. and nSpire Health, L.L.C. (4.5) | 6.60 | 315.00 | 2,079.00 |
| 05/06/2019 | B. Braud | Telephone conference with S Grisham re completing BK schedules | 0.10 | 205.00 | 20.50 |
| 05/06/2019 | M. Affrunti | Review and revise customer mailing list | 2.80 | 195.00 | 546.00 |
| 05/06/2019 | S. Abelman | Work on Schedules and SOFA (.8); prepare Motion to File Customer Lists Under Seal and Schedule G Under Sale (1.3) | 2.10 | 655.00 | 1,375.50 |
| 05/06/2019 | S. Abelman | Analyze and revise correspondence from US Trustee's office and prepare correspondence to client re same (.2); work on Schedules, Statements and Initial Report with J. Fryberger (.8); telephone conference with N. Greco re Initial Report (.3) telephone conference with US Trustee's Office and analyze and review correspondence from P. Moss (.3) | 1.60 | 655.00 | 1,048.00 |
| 05/06/2019 | S. Grisham | Revise SOFA, schedules and motion to file unredacted Schedule G for nSpire Health, Inc. (5.2); file SOFA, schedules and motion to file unredacted Schedule G for nSpire Health, Inc. (1.4); Revise SOFA and schedules for nSpire Health, L.L.C. (3.6); file SOFA and schedules | 12.00 | 315.00 | 3,780.00 |

# Brownstein Hyatt
## Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 3 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | for nSpire Health, L.L.C. (1.1); email exchange with P. Moss and V. Greco re Initial Financial Reports for nSpire Health, Inc. and nSpire Health, L.L.C. (.7) | | | |
| 05/07/2019 | M. Affrunti | Prepare index and binder for Initial Financial Report | 0.70 | 195.00 | 136.50 |
| 05/07/2019 | S. Abelman | Telephone conference with former employee Ryan Bair re status of bankruptcy (.2); telephone conference with opposing counsel for landlord re surrender agreement (.6); analyze and review surrender agreement (.2) | 1.00 | 655.00 | 655.00 |
| 05/07/2019 | S. Grisham | Email exchange with working group re filed SOFA, schedules and Motion to File Unredacted Schedule G in nSpire Health, Inc. matter (.7); email exchange with working group re filed SOFA and schedules in nSpire Health, L.L.C. matter (.4); email exchange re docketing of deadlines (.5); email exchange with P. Moss and V. Greco re unredacted Schedule G (.3) | 1.90 | 315.00 | 598.50 |
| 05/08/2019 | M. Affrunti | Prepare index, cover, and binder for Initial Financial Reports of nSpire, Inc. and nSpire, LLC; review and revise same; compare Notice of Change of Address of Creditor to creditor matrix | 2.30 | 195.00 | 448.50 |
| 05/09/2019 | S. Abelman | Telephone conference with J. Campagne of Parkway re exclusivity provisions of agreement and exemption (.3); telephone conference with client J. Fryberger re same and conference with J. Campagne (.6) | 0.90 | 655.00 | 589.50 |
| 05/09/2019 | S. Grisham | Email exchange re deadlines | 0.20 | 315.00 | 63.00 |
| 05/10/2019 | M. Affrunti | Update Initial Financial Report binders with Initial Financial Report and Insurance and | 0.30 | 195.00 | 58.50 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health

Re: Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 4 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Environmental Risk Questionnaire | | | |
| 05/10/2019 | S. Abelman | Analyze and review demand from employee and prepare correspondence to client (.2); telephone conference with J. Head and prepare memo to M. Pankow (.2) | 0.40 | 655.00 | 262.00 |
| 05/10/2019 | S. Grisham | Review and analyze proofs of claim (.2); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 05/13/2019 | S. Abelman | Telephone conference with landlord re status updated (.2); exchange correspondence with Parkway's counsel and prepare correspondence to client (3) | 0.50 | 655.00 | 327.50 |
| 05/14/2019 | S. Abelman | Telephone conference with opposing counsel D. Barber re status of debtor and Rule 2004 Exam (.2) | 0.20 | 655.00 | 131.00 |
| 05/14/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.3); email exchange with working group re same (.1) | 0.40 | 315.00 | 126.00 |
| 05/15/2019 | S. Abelman | Meet with J. Fryberger and discuss case status and respond to Parkway inquiry (.5); participate in Initial Debtor's interview with U.S. Trustee's Office (1.4) | 1.90 | 655.00 | 1,244.50 |
| 05/16/2019 | S. Grisham | Update deadline tracking sheet | 0.20 | 315.00 | 63.00 |
| 05/17/2019 | M. Pankow | Email J. Head re status (.2); telephone conference with D. Barber re Montage funds (.5); follow-up with J. Fryberger, J. Head (1.5) | 2.20 | 745.00 | 1,639.00 |
| 05/18/2019 | M. Pankow | Telephone conference with J. Fryberger, T. Kim and follow-up | 2.00 | 745.00 | 1,490.00 |
| 05/19/2019 | M. Pankow | Telephone conference with J. Head and follow-up (.5); email to T. Kim (.3) | 0.80 | 745.00 | 596.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health

Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 5 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/2019 | M. Pankow | Telephone conference J. Fryberger (.4); telephone conference with r2 (.5) | 0.90 | 745.00 | 670.50 |
| 05/21/2019 | S. Grisham | Draft notice of change of address (.4); file same (.2); distribute pleadings to new address for parties on Court's non-delivery list (.2); review and analyze bankruptcy pleadings (.3); email exchange with working group re same (.2); docketing of dealines (.2) | 1.50 | 315.00 | 472.50 |
| 05/21/2019 | M. Pankow | Telephone conference with J. Fryberger (.3); email to J. Head (.3)); telephone conference with T. Kim (.3); outline cash collateral argument (.5) | 1.10 | 745.00 | 819.50 |
| 05/22/2019 | S. Abelman | Address Status Report and Discovery (.6) | 0.60 | 655.00 | 393.00 |
| 05/22/2019 | S. Grisham | Draft status reports for nSpire Health entities; email exchange with J. Fryberger re same | 1.20 | 315.00 | 378.00 |
| 05/23/2019 | S. Abelman | Prepare Status Reports (1.2); prepare Motion for Joint Administration (.8) | 2.00 | 655.00 | 1,310.00 |
| 05/24/2019 | M. Affrunti | Update and organize envelopes for mailing of Motion and Request for Expedited Hearing | 0.90 | 195.00 | 175.50 |
| 05/24/2019 | S. Abelman | Contribute to Motion for Use of Cash Collateral (.3); address § 341 and employment of J. Fryberger | 0.50 | 655.00 | 327.50 |
| 05/24/2019 | S. Grisham | Prepare certificate of service for Motion for Use of Cash Collateral (.6); file and distribute Motion for Use of Cash Collateral (.9); revise status reports (.5); prepare certificate of service for motion for joint administration (.3); file Status Reports and Motion for Joint Administration | 2.30 | 315.00 | 724.50 |
| 05/24/2019 | M. Pankow | Draft cash collateral motion (3.0) telephone | 4.00 | 745.00 | 2,980.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:   Restructuring

Invoice Date:                July 31, 2020
Invoice #:                        809759
Client.Matter #:           061567.0001
Page 6

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | conference with T. Kim (.5); telephone conference with J. Fryberger (.5) | | | |
| 05/28/2019 | S. Abelman | Conference with J. Fryberger to prepare for § 341 meeting (2.2); attend § 341 meeting (2.3); prepare J. Fryberger for hearing cash collateral (.5) | 5.00 | 655.00 | 3,275.00 |
| 05/28/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.2); email exchange with working group re same (.1); docketing of deadlines (.2); prepare notebooks for 341 Meeting of Creditors (2.1) | 2.60 | 315.00 | 819.00 |
| 05/28/2019 | M. Pankow | Conference with J. Fryberger (1.0); prepare for hearing on Motion for Cash Collateral (1.0); meet with Montage | 4.00 | 745.00 | 2,980.00 |
| 05/29/2019 | V. De La Torre | MPankow: Cases Pull, Negative Treatments | 0.40 | 120.00 | 48.00 |
| 05/29/2019 | S. Grisham | Prepare of exhibit for hearing on Motion for Use of Cash Collateral (2.4); revise list of witnesses and exhibits (.4); file List of Witnesses and Exhibits (.3) | 3.10 | 315.00 | 976.50 |
| 05/29/2019 | M. Pankow | Prepare for cash collateral hearing (3.5); appear at cash collateral hearing (4.5) | 8.00 | 745.00 | 5,960.00 |
| 05/30/2019 | S. Abelman | Telephone conference with opposing counsel for Parkside and telephone conference with client J. Fryberger (.4); address results of hearing on use of cash collateral (.3) | 0.70 | 655.00 | 458.50 |
| 05/30/2019 | M. Pankow | Email update to J. Head (.8); telephone conference with D. Barber (.2); telephone conference with J. Head (.5) | 1.50 | 745.00 | 1,117.50 |
| 05/31/2019 | S. Abelman | Analyze and review correspondence from J. Campagne and J. Fryberger | 0.20 | 655.00 | 131.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 7 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/31/2019 | M. Pankow | Write term sheet; follow-up re Teleflex | 1.00 | 745.00 | 745.00 |
| 06/04/2019 | M. Pankow | Telephone conference with J. Head (.3); telephone conference with J. Fryberger (.3); emails regarding Parkway (.3) | 0.90 | 745.00 | 670.50 |
| 06/05/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.1); email exchange with working group re same (.1); review and analyze proofs of claim (.2); email exchange with working group re same (.1); docketing of deadlines (.2) | 0.70 | 315.00 | 220.50 |
| 06/05/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.1); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 06/05/2019 | M. Pankow | Telephone conference with D. Barber and follow up | 0.50 | 745.00 | 372.50 |
| 06/06/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.3); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 06/06/2019 | M. Pankow | Telephone conference with J. Fryberger (.2); telephone conference with J. Head (.4); follow up (.2) | 0.80 | 745.00 | 596.00 |
| 06/07/2019 | M. Pankow | Strategy Telephone conference with J. Head; prepare follow up | 2.00 | 745.00 | 1,490.00 |
| 06/10/2019 | M. Pankow | Telephone conference with J. Head; prepare follow-up | 1.00 | 745.00 | 745.00 |
| 06/12/2019 | S. Grisham | Review and analyze proofs of claim (.3); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 06/13/2019 | S. Grisham | Review and analyze proofs of claim (.2); email exchange with working group re same(.1) | 0.30 | 315.00 | 94.50 |
| 06/18/2019 | S. Grisham | Review and analyze proofs of claim (.3); email exchange with working group re same(.1) | 0.40 | 315.00 | 126.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 8 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/20/2019 | M. Pankow | Telephone conference with J. Head (.2); DIP Lending term sheet (1.0) | 1.20 | 745.00 | 894.00 |
| 06/25/2019 | M. Pankow | Draft stay objection | 3.50 | 745.00 | 2,607.50 |
| 06/26/2019 | M. Pankow | Email J. Head (.2); telephone conference regarding same (.2); review draft of stipulation from Montage (.4) | 0.90 | 745.00 | 670.50 |
| 06/27/2019 | M. Pankow | Telephone conference with J. Fryberger (.2); follow up with J. Head (.2) | 0.40 | 745.00 | 298.00 |
| 06/28/2019 | M. Pankow | Email D. Barber regarding meeting (.3); email J. Head (.1); telephone conference with J. Fryberger (.2); prepare for hearing (.2); conference with T. Kim regarding open issues (.3) | 1.10 | 745.00 | 819.50 |
| 07/01/2019 | S. Grisham | Prepare notebook for hearing on Motion for Relief from Stay filed by Montage | 0.70 | 315.00 | 220.50 |
| 07/01/2019 | M. Pankow | Telephone conferences, emails regarding Parkway Products | 1.50 | 745.00 | 1,117.50 |
| 07/02/2019 | M. Pankow | Hearing prep (2.0); motion for relief from stay hearing (1.5); follow up meeting with C. Erickson (.8); email J. Head (.5) | 4.80 | 745.00 | 3,576.00 |
| 07/03/2019 | S. Grisham | Review and analyze proofs of claim (.1); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 07/08/2019 | M. Pankow | Meet T. Kim (.8); follow up (.3) | 1.10 | 745.00 | 819.50 |
| 07/10/2019 | S. Grisham | Review and analyze proofs of claim (.1); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 07/15/2019 | A. Roth-Moore | Review the schedules, the pleadings related to the motion to use cash collateral and the related | 0.80 | 350.00 | 280.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 9 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | order and Montage's motion for stay relief | | | |
| 07/15/2019 | M. Pankow | Telephone conference with J. Fryberger (.8); telephone conference with J. Head (.5) | 1.30 | 745.00 | 968.50 |
| 07/18/2019 | M. Pankow | Meeting with J. Fryberger | 1.50 | 745.00 | 1,117.50 |
| 07/22/2019 | M. Pankow | Client meetings with J. Head and J. Fryberger | 5.00 | 745.00 | 3,725.00 |
| 07/23/2019 | M. Pankow | Conference with J. Fryberger regarding cash, etc. | 1.50 | 745.00 | 1,117.50 |
| 07/24/2019 | M. Pankow | Meeting with D. Barber, T. Kim (1.0); telephone conference with J. Fryberger and follow-up (.5) | 1.50 | 745.00 | 1,117.50 |
| 07/25/2019 | A. Roth-Moore | Confer with M. Pankow regarding pending discovery requests (0.2) | 0.20 | 350.00 | 70.00 |
| 07/25/2019 | M. Pankow | Email J. Fryberger regarding subpoenas (.2) | 0.20 | 745.00 | 149.00 |
| 07/26/2019 | S. Abelman | Telephone conference with opposing counsel D. Barber regarding settlement offer (.2) | 0.20 | 655.00 | 131.00 |
| 07/29/2019 | A. Roth-Moore | Review documents produced from J. Fryberger in response to the discovery request | 1.10 | 350.00 | 385.00 |
| 07/30/2019 | A. Roth-Moore | Telephone conference with J. Trent regarding discovery and produce documents from J. Fryberger | 0.40 | 350.00 | 140.00 |
| 07/31/2019 | S. Abelman | Coordinate with opposing counsel on delay of discovery responses (.2) | 0.20 | 655.00 | 131.00 |
| 08/01/2019 | S. Abelman | Coordinate on responding to correspondence from opposing counsel J. Trent (.2) | 0.20 | 655.00 | 131.00 |
| 08/01/2019 | M. Pankow | Review open issues, work assignments with A. Roth-Moore | 0.40 | 745.00 | 298.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:   Restructuring

| | | |
|---|---|---|
| Invoice Date: | | July 31, 2020 |
| Invoice #: | | 809759 |
| Client.Matter #: | | 061567.0001 |
| | | Page 10 |

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2019 | A. Roth-Moore | Telephone conference with S. Abelman regarding document production (0.3); review pleadings, financial documents, and exhibits in connection with upcoming deposition (5.1) | 5.40 | 350.00 | 1,890.00 |
| 08/02/2019 | A. Roth-Moore | Prepare for Telephone conference with J. Fryberger regarding deposition (0.4); Telephone conference with J. Fryberger regarding the same (0.4); review bank fees from February 2019 through July 2019 for production (0.5) | 1.30 | 350.00 | 455.00 |
| 08/02/2019 | A. Roth-Moore | Review communications between J. Fryberger and M. Ryan regarding potential orders | 0.20 | 350.00 | 70.00 |
| 08/02/2019 | M. Pankow | Telephone conference with J. Head re status (.4); emails re UK affiliate (.3) | 0.70 | 745.00 | 521.50 |
| 08/05/2019 | A. Roth-Moore | Telephone conference with J. Fryberger regarding deposition preparation meeting (0.2); prepare for deposition preparation session with J. Fryberger (0.8) | 1.00 | 350.00 | 350.00 |
| 08/05/2019 | M. Pankow | Telephone conference with J. Head (.5); email J. Chiarelli (.4) | 0.90 | 745.00 | 670.50 |
| 08/06/2019 | A. Roth-Moore | Prepare for deposition preparation session with J. Fryberger (0.5); deposition preparation session with J. Fryberger (2.2) | 2.70 | 350.00 | 945.00 |
| 08/06/2019 | M. Pankow | Fryberger deposition preparation (1.0); conference with J. Head | 1.50 | 745.00 | 1,117.50 |
| 08/07/2019 | A. Roth-Moore | Travel for deposition of J. Fryberger (1.0) | 1.00 | 350.00 | 350.00 |
| 08/07/2019 | A. Roth-Moore | Attend deposition of J. Fryberger and consult with J. Fryberger following the same | 5.50 | 350.00 | 1,925.00 |
| 08/07/2019 | A. Roth-Moore | Confer with S. Grisham regarding service questions | 0.30 | 350.00 | 105.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 11 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2019 | A. Roth-Moore | Draft 2004 motion for production of contact information of parties interested in funding or purchasing the company | 1.40 | 350.00 | 490.00 |
| 08/07/2019 | M. Pankow | Email J. Fryberger (.2); draft Term Sheets, etc. (1.5); telephone conference with J. Head (.3); email D. Barber and reply (.5); conference with J. Fryberger re deposition (.5) | 3.00 | 745.00 | 2,235.00 |
| 08/08/2019 | A. Roth-Moore | Prepare rule 2004 motion and subpoenas and proposed order for the same | 1.20 | 350.00 | 420.00 |
| 08/08/2019 | M. Pankow | Telephone conference with J. Chiarelli | 0.80 | 745.00 | 596.00 |
| 08/09/2019 | A. Roth-Moore | Draft a motion to retain an investment banker | 1.70 | 350.00 | 595.00 |
| 08/12/2019 | A. Roth-Moore | Confer with G. Gnagi regarding the motion to appoint a M.M. Dillon as investment banker | 0.20 | 350.00 | 70.00 |
| 08/12/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.2); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 08/14/2019 | A. Roth-Moore | Review J. Fryberger's deposition | 2.80 | 350.00 | 980.00 |
| 08/16/2019 | M. Pankow | Background Telephone conference with J. Chiarelli, J. Fryberger | 2.00 | 745.00 | 1,490.00 |
| 08/19/2019 | A. Roth-Moore | Prepare for an meet with M. Pankow regarding the exclusivity period (0.2); draft a motion to extend the Debtors' exclusivity periods (1.9) | 2.10 | 350.00 | 735.00 |
| 08/19/2019 | S. Grisham | Review and analyze bankruptcy pleading (.1); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 08/20/2019 | A. Roth-Moore | Prepare motion to limit notice with respect to the motion to extend exclusivity | 2.50 | 350.00 | 875.00 |
| 08/20/2019 | S. Grisham | Docketing of deadlines (.2); review and analyze | 0.40 | 315.00 | 126.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:   Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 12 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | bankruptcy pleading (.1); email exchange with working group re same (.1) | | | |
| 08/21/2019 | A. Roth-Moore | Prepare supplemental service of the motion to extend exclusivity | 0.50 | 350.00 | 175.00 |
| 08/21/2019 | S. Grisham | Docketing of deadlines (.2); file motion to establish limited notice (.2); review and analyze proof of claim (.1); email exchange with working group re same (.1) | 0.40 | 315.00 | 126.00 |
| 08/23/2019 | M. Pankow | Emails re status | 0.50 | 745.00 | 372.50 |
| 08/26/2019 | M. Pankow | Telephone conference with J. Chiarelli and follow-up (.5); telephone conference with J. Head (.5) | 1.00 | 745.00 | 745.00 |
| 08/29/2019 | M. Pankow | Telephone conference with J. Head; telephone conference with J. Chiarelli | 1.50 | 745.00 | 1,117.50 |
| 08/30/2019 | M. Pankow | Review open items; emails with J. Chiarelli and J. Head | 1.00 | 745.00 | 745.00 |
| 09/03/2019 | A. Roth-Moore | Telephone Conferences with J. Fryberger regarding shipment of inventory (0.4); review docket regarding cash collateral agreement (0.2); confer with M. Pankow and S. Abelman regarding shipment of inventory (0.3); attention to emails from J. Fryberger regarding shipment of inventory (0.2) | 1.10 | 350.00 | 385.00 |
| 09/03/2019 | S. Abelman | Telephone conference with client and coordinate response to requests (.3) | 0.30 | 655.00 | 196.50 |
| 09/03/2019 | S. Grisham | Review proof of claim (.1); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 09/03/2019 | M. Pankow | Email J. Head re CEO | 0.50 | 745.00 | 372.50 |

# Brownstein Hyatt
# Farber Schreck

| | |
|---|---|
| nSpire Health | |
| Re:  Restructuring | |

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 13 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/2019 | A. Roth-Moore | Review UST's motions to convert the case | 0.20 | 350.00 | 70.00 |
| 09/04/2019 | S. Grisham | Docketing of deadlines | 0.10 | 315.00 | 31.50 |
| 09/04/2019 | M. Pankow | Review Motion to Convert or Dismiss | 1.00 | 745.00 | 745.00 |
| 09/05/2019 | S. Grisham | Draft notice of change of address (.5); file same (.2); docketing of deadlines (.1) | 0.80 | 315.00 | 252.00 |
| 09/05/2019 | M. Pankow | Prepare plan outline (3.0); telephone conference with J. Head | 3.30 | 745.00 | 2,458.50 |
| 09/06/2019 | M. Pankow | Telephone conference with J. Chiarelli (1.5); telephone conference with J. Head (.5); attention to exhibits, witnesses for hearing (1.5); emails to M. Ryan and shipment (.5) | 3.50 | 745.00 | 2,607.50 |
| 09/08/2019 | M. Pankow | Prepare and circulate plan term sheet (2.0); strategy Telephone conference (1.0) | 3.00 | 745.00 | 2,235.00 |
| 09/09/2019 | A. Roth-Moore | Attention to the UST's motion to convert | 0.20 | 350.00 | 70.00 |
| 09/09/2019 | M. Pankow | Telephone conference and emails with J. Chiarelli re information | 2.00 | 745.00 | 1,490.00 |
| 09/10/2019 | A. Roth-Moore | Telephone conference with M. Radke regarding Illinois claim (0.2); prepare CNCM for the motion to extend the exclusivity period (0.2) | 0.40 | 350.00 | 140.00 |
| 09/10/2019 | S. Grisham | Review and analyze proof of claim (.1); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 09/10/2019 | M. Pankow | Emails to J. Fryberger (1.0); hearing preparation (3.5) | 4.50 | 745.00 | 3,352.50 |
| 09/11/2019 | A. Roth-Moore | Telephone conference with creditor regarding post-petition shipments | 0.20 | 350.00 | 70.00 |
| 09/11/2019 | S. Grisham | Draft Supplemental Witnesses and Exhibit List | 0.70 | 315.00 | 220.50 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 14 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.3); prepare exhibits (.4) | | | |
| 09/11/2019 | M. Pankow | Telephone conference with J. Fryberber (1.5); attention to compliance, etc. (1.5); hearing preparation - cross examinations (3.0); telephone conference with J. Head | 6.40 | 745.00 | 4,768.00 |
| 09/12/2019 | A. Roth-Moore | Prepare motion to employ MM Dillon | 2.10 | 350.00 | 735.00 |
| 09/12/2019 | S. Grisham | Review monthly operating report (.3); email exchange with J. Head re execution of monthly operating report (.2); telephone conference with US Trustee re monthly operating report (.1) | 0.60 | 315.00 | 189.00 |
| 09/12/2019 | M. Pankow | Hearing preparation (3.0); negotiate with Montage (3.0); telephone conference with J. Head, J. Chiarelli (1.0); draft Stipulation (1.0) | 8.00 | 745.00 | 5,960.00 |
| 09/13/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.2); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 09/13/2019 | M. Pankow | Email re shipment (.4); finalize Stipulation and Telephone conferences with D. Barber (1.0); hearing preparation (.8); meet with J. Chiarelli (1.0); attend hearing (1.0); telephone conference with J. Head (1.0); follow-up with J. Chiarelli (.5) | 5.70 | 745.00 | 4,246.50 |
| 09/16/2019 | A. Roth-Moore | Attention to the stipulation regarding relief from stay (0.1); message from the US department of labor regarding COBRA (0.1); communication with M. Radtke regarding postpetition shipments (0.3) | 0.50 | 350.00 | 175.00 |
| 09/16/2019 | A. Roth-Moore | Prepare the 9019 motion to approve the stipulation with Montage | 1.50 | 350.00 | 525.00 |
| 09/16/2019 | M. Pankow | Introductory Telephone conference | 1.50 | 745.00 | 1,117.50 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 15 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/2019 | A. Roth-Moore | Review changes from M. Pankow and D. Barber to the 9019 motion to settle disputes with Montage (0.4); prepare notice of notice of the 9019 motion (0.2) | 0.60 | 350.00 | 210.00 |
| 09/18/2019 | S. Grisham | Docketing of deadlines (.1); review and analyze proof of claim (.1); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 09/19/2019 | A. Roth-Moore | Finalize the motion to approve settlement with Montage | 0.20 | 350.00 | 70.00 |
| 09/19/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.1); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |
| 09/19/2019 | M. Pankow | telephone conference re next steps | 1.50 | 745.00 | 1,117.50 |
| 09/20/2019 | A. Roth-Moore | Finalize and coordinate filing the notice of the 9019 settlement and communications with D. Barber regarding the same | 0.40 | 350.00 | 140.00 |
| 09/20/2019 | A. Roth-Moore | Telephone conference with D. Leatherwood of Valen Corporation regarding postpetition shipments | 0.10 | 350.00 | 35.00 |
| 09/20/2019 | S. Grisham | Docketing of deadlines (.2); review and analyze bankruptcy pleadings (.1); email exchange with working group re same (.1) | 0.40 | 315.00 | 126.00 |
| 09/20/2019 | M. Pankow | Email with J. Chiarelli re Parkway | 0.30 | 745.00 | 223.50 |
| 09/23/2019 | M. Pankow | Email to J. Head re Peterson engagement (.3); review open issues; email to J. Head (1.5) | 1.80 | 745.00 | 1,341.00 |
| 09/24/2019 | S. Grisham | Review and analyze proofs of claim (.2); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 09/26/2019 | M. Pankow | Email J. Chiarelli | 0.30 | 745.00 | 223.50 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 16 |

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.3); email exchange with working group re same (.1); review and analyze proof of claim (.1); email exchange with working group re same (.1); docketing of deadline (.1) | 0.70 | 315.00 | 220.50 |
| 10/02/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.1); email exchange with working group re same (.1); docketing of deadlines (.2) | 0.40 | 315.00 | 126.00 |
| 10/02/2019 | M. Pankow | Objections to dismiss or convert | 2.00 | 745.00 | 1,490.00 |
| 10/03/2019 | A. Roth-Moore | Telephone conference with counsel for landlord regarding motion to lift stay | 0.40 | 350.00 | 140.00 |
| 10/03/2019 | M. Pankow | Emails re cash | 0.30 | 745.00 | 223.50 |
| 10/05/2019 | M. Pankow | Telephone conference with J. Head | 0.50 | 745.00 | 372.50 |
| 10/08/2019 | A. Roth-Moore | Review invoices and proof of delivery from Opto Diode | 0.20 | 350.00 | 70.00 |
| 10/08/2019 | M. Pankow | Attention to landlord | 0.50 | 745.00 | 372.50 |
| 10/10/2019 | M. Pankow | Attention to inventory, etc. | 0.50 | 745.00 | 372.50 |
| 10/11/2019 | A. Roth-Moore | Telephone conference with M. Ochs regarding extension to response deadline (0.5); draft motion for time extension (0.4) | 0.90 | 350.00 | 315.00 |
| 10/14/2019 | A. Roth-Moore | Review draft monthly operating reports and confer with G. Gangi regarding the same | 0.40 | 350.00 | 140.00 |
| 10/14/2019 | A. Roth-Moore | Communications with M. Ochs regarding extension to response deadline on the motion for possession | 0.20 | 350.00 | 70.00 |
| 10/14/2019 | M. Pankow | Client meetings | 2.50 | 745.00 | 1,862.50 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:   Restructuring

Invoice Date:             July 31, 2020
Invoice #:                   809759
Client.Matter #:        061567.0001
Page 17

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/16/2019 | A. Roth-Moore | Telephone conferences with M. Ochs regarding progress with leaving portion of the rental space and responses to the motions | 0.60 | 350.00 | 210.00 |
| 10/18/2019 | A. Roth-Moore | Reply to email from M. Ochs regarding stipulated dismissal (0.1); communications with J. Chiarelli and M. Pankow regarding lease and other issues (0.7); review documentation from M. Radtke regarding inventory shipment and communications with J. Chiarelli regarding the same (0.3); confer with M. Pankow, J. Fryberger, and J. Chiarelli regarding access to the bank account (0.4) | 1.50 | 350.00 | 525.00 |
| 10/21/2019 | A. Roth-Moore | Email with J. Fryberger regarding changes to the JP Morgan bank account | 0.20 | 350.00 | 70.00 |
| 10/21/2019 | S. Grisham | Review and analyze proofs of claim (.2); email exchange with working group re same (.1); review and analyze bankruptcy pleadings (.1); email exchange with working group re same (.1) | 0.50 | 315.00 | 157.50 |
| 10/22/2019 | M. Pankow | Emails with J. Chiarelli (.5); telephone conference with J. Chiarelli re inventory, etc. (1.0) | 1.50 | 745.00 | 1,117.50 |
| 10/23/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.1); email exchange with working group re same (.1); docketing of deadlines (.1) | 0.30 | 315.00 | 94.50 |
| 10/30/2019 | A. Roth-Moore | Review potential ordinary course sale of a box truck | 0.60 | 350.00 | 210.00 |
| 10/30/2019 | M. Pankow | Telephone conferences, emails re Montage | 0.50 | 745.00 | 372.50 |
| 10/31/2019 | M. Pankow | Confirm Montage payment | 0.20 | 745.00 | 149.00 |
| 11/01/2019 | A. Roth-Moore | Emails with C. Erickson regarding payment of settlement amount and potential purchaser (0.2); | 0.40 | 350.00 | 140.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:   Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 18 |

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | attention to communication from J. Fryberger regarding change of control over bank accounts (0.2) | | | |
| 11/06/2019 | A. Roth-Moore | Prepare corporate authorization and power of attorney regarding new bank accounts at JPM; prepare cease and desist letter to Summit Biomedical | 5.10 | 350.00 | 1,785.00 |
| 11/07/2019 | A. Roth-Moore | Telephone conference with the counsel from the Colorado Attorney General's Office regarding the status of the case | 0.20 | 350.00 | 70.00 |
| 11/11/2019 | A. Roth-Moore | Confer with M. Pankow regarding status of the case and next steps (0.2) | 0.20 | 350.00 | 70.00 |
| 11/11/2019 | M. Pankow | Attention to plan issues | 2.00 | 745.00 | 1,490.00 |
| 11/12/2019 | A. Roth-Moore | Prepare the disclosure statement | 1.70 | 350.00 | 595.00 |
| 11/12/2019 | A. Roth-Moore | Attention to inquiry regarding the ownership of Heracles | 0.30 | 350.00 | 105.00 |
| 11/12/2019 | A. Roth-Moore | Telephone conference and email with J. Chiarelli regarding preparation of a plan and disclosure statement | 0.40 | 350.00 | 140.00 |
| 11/14/2019 | A. Roth-Moore | Prepare the Plan and Disclosure Statement and confer with J. Chiarelli regarding the same | 4.00 | 350.00 | 1,400.00 |
| 11/15/2019 | A. Roth-Moore | Draft the plan of reorganization (6.2); draft the disclosure statement (2.2) | 8.40 | 350.00 | 2,940.00 |
| 11/18/2019 | A. Roth-Moore | Attention to comments from J. Chiarelli; circulate the draft plan and disclosure statement to the client | 0.50 | 350.00 | 175.00 |
| 11/20/2019 | A. Roth-Moore | Respond to D. Westfall of the Colorado AG's Office regarding employee issues | 0.20 | 350.00 | 70.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:   Restructuring

Invoice Date:          July 31, 2020
Invoice #:                809759
Client.Matter #:      061567.0001
                              Page 19

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/20/2019 | A. Roth-Moore | Review MM Dillons post effective date budget and update the plan accordingly (1.5); review filed claims and discuss the same with J. Chiarelli (1.8) | 3.30 | 350.00 | 1,155.00 |
| 11/21/2019 | A. Roth-Moore | Prepare the plan and disclosure statement (6.3); Telephone conferences with J. Chiarelli and J. Peterson regarding plan and disclosure statement (2.0) | 8.30 | 350.00 | 2,905.00 |
| 11/21/2019 | A. Roth-Moore | Prepare the supplemental objection the UST's motion to dismiss or convert | 1.70 | 350.00 | 595.00 |
| 11/22/2019 | S. Grisham | Draft certificate of non-contested matter re Motion to Approve Stipulation (.3); file certificate (.1) | 0.40 | 315.00 | 126.00 |
| 11/22/2019 | A. Roth-Moore | Prepare the plan and disclosure statement | 0.70 | 350.00 | 245.00 |
| 11/22/2019 | A. Roth-Moore | Telephone conferences and emails with J. Chiarelli and J. Peterson about steps to open a bank account, the preparation of the MOR, and necessary signatures from J. Head | 1.40 | 350.00 | 490.00 |
| 11/22/2019 | M. Pankow | Revisions to plan and disclosure statement (2.0) | 2.00 | 745.00 | 1,490.00 |
| 11/24/2019 | A. Roth-Moore | Revise the disclosure statement per comments from J. Chiarelli | 0.20 | 350.00 | 70.00 |
| 11/25/2019 | A. Roth-Moore | Prepare for hearing on motion to convert; Telephone conferences with J. Peterson regarding next steps; Telephone conferences and emails to UST P. Moss regarding status of the case | 1.00 | 350.00 | 350.00 |
| 11/25/2019 | A. Roth-Moore | Prepare the plan and disclosure statement and MORs | 0.50 | 350.00 | 175.00 |

# Brownstein Hyatt
# Farber Schreck

| | | |
|---|---|---|
| nSpire Health | Invoice Date: | July 31, 2020 |
| Re:  Restructuring | Invoice #: | 809759 |
| | Client.Matter #: | 061567.0001 |
| | | Page 20 |

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/2019 | M. Pankow | Hearing prep (1.5); finalize and file plan and disclosure statement (2.0); Telephone conferences, emails with P. Moss (.5); attention to hearing (1.0); follow up (.8) | 5.80 | 745.00 | 4,321.00 |
| 11/26/2019 | S. Mares | Legal research re the status of nSpire Health, Inc. with the Colorado Secretary of State and circulate the same to A. Roth-Moore along with the open items required to bring the Company back into good standing | 0.40 | 305.00 | 122.00 |
| 11/27/2019 | M. Pankow | Attention to status | 0.50 | 745.00 | 372.50 |
| 11/27/2019 | S. Mares | Telephone conference with the Colorado Secretary of State re the options to remove the Secure Business Filing login and prepare correspondence to A. Roth-Moore re the same | 0.90 | 305.00 | 274.50 |
| 12/02/2019 | A. Roth-Moore | Prepare the action list for the case | 0.30 | 350.00 | 105.00 |
| 12/02/2019 | S. Grisham | Draft notice of hearing on adequacy of disclosure statement (.4); draft notice of change of address of debtor (.3) | 0.70 | 315.00 | 220.50 |
| 12/04/2019 | A. Roth-Moore | Prepare the notice of disclosure statement hearing and confer with S. Grisham regarding next steps | 0.60 | 350.00 | 210.00 |
| 12/04/2019 | S. Grisham | Docketing of deadline (.1);review and analyze bankruptcy filings (.3); review and analyze proof of claim (.1); email exchange with working group re same (.1) | 0.60 | 315.00 | 189.00 |
| 12/06/2019 | A. Roth-Moore | Telephone conference with J. Peterson regarding preparation of a potential DIP loan (0.1); prepare DIP term sheet (0.7) | 0.80 | 350.00 | 280.00 |
| 12/09/2019 | A. Roth-Moore | Correspondence with J. Peterson regarding DIP terms | 0.40 | 350.00 | 140.00 |

# Brownstein Hyatt
# Farber Schreck

| | |
|---|---|
| nSpire Health | Invoice Date:    July 31, 2020 |
| Re:  Restructuring | Invoice #:    809759 |
| | Client.Matter #:    061567.0001 |
| | Page 21 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2019 | A. Roth-Moore | Prepare the loan agreement and meeting with M. Pankow regarding the same (3.9); prepare the DIP motion (2.3) | 6.20 | 350.00 | 2,170.00 |
| 12/10/2019 | A. Roth-Moore | Telephone conference with M. Ochs regarding the landlord's administrative claim and attention to the same | 0.40 | 350.00 | 140.00 |
| 12/10/2019 | A. Roth-Moore | Prepare the bar date motion and notice | 1.00 | 350.00 | 350.00 |
| 12/10/2019 | S. Grisham | Email exchange with J. Fryberger re plan and disclosure statement | 0.20 | 315.00 | 63.00 |
| 12/11/2019 | A. Roth-Moore | Prepare the bar date motion | 1.30 | 350.00 | 455.00 |
| 12/11/2019 | A. Roth-Moore | Telephone conference with P. Moss regarding DIP and disclosures | 0.30 | 350.00 | 105.00 |
| 12/11/2019 | A. Roth-Moore | Attention to outstanding disclosures and email to J. Chiarelli and J. Peterson regarding the same (0.7); Telephone conference with J. Peterson regarding the DIP loan, UTS disclosures, and lease discussions (0.6) | 1.30 | 350.00 | 455.00 |
| 12/11/2019 | A. Roth-Moore | Prepare the loan agreement (1.0); prepare DIP motion and declaration (1.2) | 2.20 | 350.00 | 770.00 |
| 12/11/2019 | S. Grisham | File Motion to Set Bar Date (.3); email exchange with working group re filed motion (.2); review and analyze proofs of claim (.2); email exchange with working group re same (.1) | 0.80 | 315.00 | 252.00 |
| 12/12/2019 | A. Roth-Moore | Prepare the DIP loan motion and interim order and credit agreement | 1.90 | 350.00 | 665.00 |
| 12/12/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.1); email exchange with working group re same (.1) | 0.20 | 315.00 | 63.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

Invoice Date:        July 31, 2020
Invoice #:              809759
Client.Matter #:   061567.0001
Page 22

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/13/2019 | A. Roth-Moore | Prepare the DIP motion, declaration, loan, and interim order | 4.80 | 350.00 | 1,680.00 |
| 12/13/2019 | A. Roth-Moore | Attention to the bar date notice | 0.20 | 350.00 | 70.00 |
| 12/13/2019 | S. Grisham | Draft Certificate of Service re Order and Notice of Order Establishing Bar Date (.4) | 0.40 | 315.00 | 126.00 |
| 12/16/2019 | A. Roth-Moore | Prepare the DIP financing motion and related documents (2.4); Telephone conference with J. Chiarelli regarding the budget (0.2); Telephone conferences with J. Peterson regarding the loan agreement (0.4) | 3.00 | 350.00 | 1,050.00 |
| 12/16/2019 | S. Grisham | Draft Amended Notice of Order Establishing Bar Date (.3); file same (.2) | 0.50 | 315.00 | 157.50 |
| 12/17/2019 | A. Roth-Moore | Telephone conference and email with J. Peterson regarding negotiations with the landlord (0.4); research treatment of security deposit in bankruptcy per comments from the landlord (0.4); Telephone conference with J. Peterson and J. Chiarelli regarding lease negotiations (0.3); prepare stipulation resolving GCC motions (1.1) | 2.20 | 350.00 | 770.00 |
| 12/17/2019 | A. Roth-Moore | Prepare motion for authority to enter into new lease | 1.80 | 350.00 | 630.00 |
| 12/17/2019 | S. Grisham | Docketing of deadline | 0.10 | 315.00 | 31.50 |
| 12/18/2019 | A. Roth-Moore | Prepare the DIP motion | 0.70 | 350.00 | 245.00 |
| 12/18/2019 | A. Roth-Moore | Prepare the GCC stipulation and 9019 motion | 1.80 | 350.00 | 630.00 |
| 12/19/2019 | A. Roth-Moore | Prepare the motion to motions to approve the settlement with GCC and enter into a new lease with GCC | 4.20 | 350.00 | 1,470.00 |

# Brownstein Hyatt
# Farber Schreck

| | |
|---|---|
| nSpire Health | Invoice Date: July 31, 2020 |
| Re: Restructuring | Invoice #: 809759 |
| | Client.Matter #: 061567.0001 |
| | Page 23 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2019 | A. Roth-Moore | Telephone conferences with J. Chiarelli regarding updates to the budget (0.3); review revised budgets and finalize loan documents and motions accordingly (0.8) | 1.10 | 350.00 | 385.00 |
| 12/19/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.1); review and analyze proof of claim (.1); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 12/19/2019 | M. Pankow | Attention to DIP | 0.50 | 745.00 | 372.50 |
| 12/20/2019 | A. Roth-Moore | Communication with Chambers regarding entry of the interim order and preparation of the notice for the final hearing | 0.40 | 350.00 | 140.00 |
| 12/20/2019 | A. Roth-Moore | Finalize and file the motions to approve the GCC stipulation and for authority to enter into the new lease; confer with J. Peterson regarding the same (0.5); confer with GCC's counsel regarding the same (0.5) | 5.10 | 350.00 | 1,785.00 |
| 12/20/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.5); email exchange with working group re same (.2) | 0.70 | 315.00 | 220.50 |
| 12/20/2019 | M. Pankow | Attention to DIP | 0.30 | 745.00 | 223.50 |
| 12/21/2019 | S. Grisham | Email exchange with working group re deadlines | 0.20 | 315.00 | 63.00 |
| 12/23/2019 | A. Roth-Moore | Update the Plan and Disclosure Statement with recent event related to the DIP loan and the agreements with GCC | 2.30 | 350.00 | 805.00 |
| 12/23/2019 | A. Roth-Moore | Attention to claims and prepare a claims register for client review | 1.00 | 350.00 | 350.00 |
| 12/24/2019 | A. Roth-Moore | Prepared corrected certificates of service for the motions for authority to enter new lease and for approval of GCC settlement (0.4); attention to | 1.80 | 350.00 | 630.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | Invoice Date: | July 31, 2020 |
|---|---|---|
| | Invoice #: | 809759 |
| | Client.Matter #: | 061567.0001 |
| | | Page 24 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | order denying motion for expedited consideration and email J. Peterson regarding next steps (0.5); confer with M. Pankow regarding next steps (0.3); confer with J. Peterson and R. Spinner regarding a proposed month-to-month lease at the new premises (0.6) | | | |
| 12/24/2019 | M. Pankow | Attention to DIP, budget, landlord | 0.70 | 745.00 | 521.50 |
| 12/26/2019 | A. Roth-Moore | Attention to GCC lease issues in connection with the Court's denial of the motion to limit notice (0.5); Telephone conference with J. Peterson to discuss strategy and attention to his emails regarding the same (0.4); Telephone conference with R. Spinner, GCC counsel, regarding options for a month-to-month lease (0.4) | 1.30 | 350.00 | 455.00 |
| 12/26/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.2); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 12/27/2019 | A. Roth-Moore | Communication with M. Ochs and J. Peterson regarding amended arrangement with GCC pending court orders on the GCC motions (0.5); attention to draft distribution and service agreement (0.5) | 1.00 | 350.00 | 350.00 |
| 12/27/2019 | S. Grisham | Review and analyze proofs of claim (.2); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 12/30/2019 | A. Roth-Moore | Confer with J. Peterson and J. Moran regarding payment owed to GCC per agreement to extend month-to-month lease on current premises and ability of nSpire to move into the new premises | 0.50 | 350.00 | 175.00 |
| 12/30/2019 | A. Roth-Moore | Review recently filed proofs of claim, update the proofs of claim chart, and email J. Peterson regarding the same | 0.50 | 350.00 | 175.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health
Re:  Restructuring

| | |
|---|---|
| Invoice Date: | July 31, 2020 |
| Invoice #: | 809759 |
| Client.Matter #: | 061567.0001 |
| | Page 25 |

---

**FEES**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/2019 | S. Grisham | Review and analyze bankruptcy pleadings (.2); email exchange with working group re same (.1) | 0.30 | 315.00 | 94.50 |
| 12/30/2019 | M. Pankow | Attention to pending matters | 0.50 | 745.00 | 372.50 |
| 12/31/2019 | A. Roth-Moore | Attention to recently filed proofs of claim | 0.60 | 350.00 | 210.00 |
| 12/31/2019 | A. Roth-Moore | Attention to draft loan from non-debtor to nSpire Health Ltd. (0.4); respond to inquiry from J. Peterson regarding treatment of certain bank accounts (0.2); attention to GCC's offer for a 30 day moving period from current to new lease location and communication with J. Peterson regarding the same (0.3) | 0.90 | 350.00 | 315.00 |
| | | **Total Fees** | 362.70 | | **$ 185,810.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Michael J. Pankow | 138.10 | 745.00 | $ 102,884.50 |
| Steve E. Abelman | 24.70 | 655.00 | 16,178.50 |
| Andrew J. Roth-Moore | 135.20 | 350.00 | 47,320.00 |
| Sheila M. Grisham | 55.80 | 315.00 | 17,577.00 |
| Sara R. Mares | 1.30 | 305.00 | 396.50 |
| Brian J. Braud | 0.20 | 205.00 | 41.00 |
| Michelle L. Affrunti | 7.00 | 195.00 | 1,365.00 |
| Victoria G. De La Torre | 0.40 | 120.00 | 48.00 |
| Total Fees | 362.70 | | $ 185,810.50 |

**COSTS**

| Date | Description | Amount |
|---|---|---|
| 04/22/2019 | Filing Fee - U.S. Bank - Corporate Card 9262 - COURTS/USBC-CO-PG | $ 1,717.00 |

# Brownstein Hyatt
# Farber Schreck

nSpire Health

Re:   Restructuring

Invoice Date:             July 31, 2020
Invoice #:                    809759
Client.Matter #:         061567.0001
                                   Page 26

## COSTS

| Date | Description | Amount |
|------|-------------|--------|
| 04/22/2019 | Filing Fee - U.S. Bank - Corporate Card 9262 - COURTS/USBC-CO-PG | 1,717.00 |
| 08/07/2019 | Transcript Expense - Hansen & Company, Inc. - of Joseph Fryberger | 638.95 |
| | **Total Costs** | **$ 4,072.95** |

## COST  SUMMARY

| Description | Amount |
|-------------|--------|
| Filing Fee | $ 3,434.00 |
| Transcript Expense | 638.95 |
| | $ 4,072.95 |
| **Total Amount Due This Invoice** | **$ 189,883.45** |